**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): _____  Chapter __11__

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Waikoloa Village Lofts West LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names, and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 86-3976903 |

4. **Debtor's address**

**Principal place of business**

100 Main St SW
Number        Street

_____

Gainesville        GA    30501
City                State    ZIP Code

Hall County
County

**Mailing address, if different from principal place of business**

_____
Number        Street

_____
P.O. Box

_____
City                State    ZIP Code

**Location of principal assets, if different from principal place of business**

68-4428 Waikoloa Plaza Road
Number        Street

_____

Waikoloa Village        HI    96738
City                State    ZIP Code

5. **Debtor's website** (URL)   _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding  LLP)
☐ Other. Specify: _____

| Debtor | Waikoloa Village Lofts West LLC | Case number (if known) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                  MM / DD / YYYY

            District _____ When _____ Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____ Relationship _____

            District _____ When _____
                                         MM / DD / YYYY

            Case number, if known _____

| Debtor | Waikoloa Village Lofts West LLC | Case number (if known) _____ |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply*.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number          Street

_____

_____
City                                        State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

Debtor    Waikoloa Village Lofts West LLC
          _____
          Name

Case number (*if known*)_____

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   05/14/2026
              MM / DD / YYYY

✖ /s/ Gary Pinkston
Signature of authorized representative of debtor

Gary Pinkston
Printed name

Title   Manager

**18. Signature of attorney**

✖ /s/ William Rountree
Signature of attorney for debtor

Date   05/14/2026
       MM / DD / YYYY

William Rountree
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road Suite 350
Number       Street

Atlanta
City

GA
State

30329
ZIP Code

404-584-1238
Contact phone

wrountree@rlkglaw.com
Email address

616503
Bar number

GA
State

---

**Fill in this information to identify the case:**

Debtor name ___Waikoloa Village Lofts West LLC___

United States Bankruptcy Court for the: __Northern District of Georgia__

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Hawaii County Property Tax Office 101 Pauahi Street Suite 4 Hilo, HI, 96 | | Taxes & Other Government Units | | | | 73,461.92 |
| 2 | Terrawatt 64-5254 Puanuanu Pl Kamuela , HI, 96743 | | | | | | 28,041.09 |
| 3 | Goodfellow Bros, Inc. PO Box 598 Wenatchee, WA, 98807 | | Other | | | | 15,281.48 |
| 4 | Iwamoto Engineering Consultants, Inc. 98-029 Hekaha St. Suite 37 Aiea, HI, 96701 | | | | | | 7,264.25 |
| 5 | Spectrum 74-5450 Makala Blvd Suite 103 Kailua Kona, HI, 96740 | | | | | | 661.36 |
| 6 | Riehm Owensby Planners & Architects, LLC PO Box 390747 Keauhou, HI, 96739 | | | | | | 303.67 |
| 7 | Meridian Pacific Holdings, LLC 94-050 Farrington Hwy Suite E1-3 Waipahu, HI, 96797 | | | Disputed Unliquidated Contingent | | | 0.00 |
| 8 | | | | | | | |

Debtor    Waikoloa Village Lofts West LLC
          _____
          Name

Case number (*if known*)_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

**Fill in this information to identify the case and this filing:**

Debtor Name _Waikoloa Village Lofts West LLC_

United States Bankruptcy Court for the: _Northern District of Georgia_

Case number (*If known*): _____

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _05/14/2026_
MM / DD / YYYY

✘ /s/ Gary Pinkston
Signature of individual signing on behalf of debtor

Gary Pinkston
Printed name

Manager
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Goodfellow Bros, Inc.
PO Box 598
Wenatchee, WA 98807


Hawaii County Property Tax Office
101 Pauahi Street
Suite 4
Hilo, HI 96


Iwamoto Engineering Consultants, Inc.
98-029 Hekaha St.
Suite 37
Aiea, HI 96701


Meridian Pacific Holdings, LLC
94-050 Farrington Hwy
Suite E1-3
Waipahu, HI 96797


Riehm Owensby Planners & Architects, LLC
PO Box 390747
Keauhou, HI 96739


Spectrum
74-5450 Makala Blvd
Suite 103
Kailua Kona, HI 96740


Terrawatt
64-5254 Puanuanu Pl
Kamuela

United States Bankruptcy Court

Northern District of Georgia

In re:   Waikoloa Village Lofts West LLC

Case No.

Chapter   11

Debtor(s)

**Verification of Creditor Matrix**

       The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   _____05/14/2026_____

/s/ Gary Pinkston
_____
Signature of Individual signing on behalf of debtor

Manager
_____
Position or relationship to debtor

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court

Northern _____ District Of _____ Georgia _____

**In re**                                                  Case No. _____

Waikoloa Village Lofts West LLC                            Chapter        11 _____

**Debtor**

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      $ Hourly Fees
   Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . .      $ 31,738.00
   Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .      $ Undetermined

2.  The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. A. prepare and file on behalf of the client all petitions, schedules, statements, plans, and other documents or pleadings; B. attend and represent the client at all meetings of creditors, hearings, trials, conferences, and other proceedings, whether in or out of court; C. provide legal advice to the client as to the rights, duties, and powers of the client as a debtor in possession in a chapter 11 case, and as to other matters arising in or related to the chapter 11 case; and D. otherwise assist, advise, and represent the client on matters related to the chapter 11 case as requested by the client. Attorney: Standard Hourly Rate: William A. Rountree $645.00 Will B. Geer $645.00 Michael Bargar $585.00 Hal Leitman $475.00 David S. Klein $545.00 Elizabeth Childers $475.00 Ceci Christy $495.00 Caitlyn Powers $425.00 Shawn Eisenberg $350.00 William Matthews $475.00 Paralegals: Standard Hourly Rate: Dorothy Sideris $250.00 Megan Winokur $200.00 Catherine Williams $175.00 Catherine Smith $150.00

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

   None

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

05/14/2026                              /s/ William Rountree
_____                _____
*Date*                                 *Signature of Attorney*

                                       Rountree, Leitman, Klein & Geer, LLC
                                       _____
                                       *Name of law firm*

---

Official Form 2030                  **Disclosure of Compensation of Attorney for Debtor**                  page 1 of 1