AMENDED

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Northern District of Georgia

Case number (*If known*): __26-20761_____    Chapter __11___

☑ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Waikoloa Village Lofts West LLC |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 86-3976903 |

**4. Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 100 Main St SW | |
| Number    Street | Number    Street |
| | |
| | P.O. Box |
| Gainesville         GA    30501 | |
| City               State    ZIP Code | City               State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Hall County | 68-4428 Waikoloa Plaza Road |
| County | Number    Street |
| | |
| | Waikoloa Village      HI    96738 |
| | City               State    ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding  LLP)<br>☐ Other. Specify: _____ |

AMENDED

Debtor    Waikoloa Village Lofts West LLC
          _____    Case number (*if known*) 26-20761
          Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____  When _____  Case number _____
                                     MM / DD / YYYY

         District _____  When _____  Case number _____
                                     MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes.   Debtor  WAIPAHU LLC _____  Relationship  Affiliate _____

         District  Northern District of Georgia _____  When  05/14/2026 _____
                                                                MM / DD / YYYY

         Case number, if known  26-20767-JRS _____

---

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page **2**

| Debtor | Waikoloa Village Lofts West LLC | Case number (if known) | 26-20761 |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

❏ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

❏ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

❏ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

❏ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

❏ It needs to be physically secured or protected from the weather.

❏ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

❏ Other _____

**Where is the property?**_____
Number          Street

_____

_____  _____  _____
City                                              State      ZIP Code

**Is the property insured?**

❏ No

❏ Yes. Insurance agency _____

Contact name          _____

Phone                 _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

❏ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ❏ 1,000-5,000 | ❏ 25,001-50,000 |
| ❏ 50-99 | ❏ 5,001-10,000 | ❏ 50,001-100,000 |
| ❏ 100-199 | ❏ 10,001-25,000 | ❏ More than 100,000 |
| ❏ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☑ $0-$50,000 | ❏ $1,000,001-$10 million | ❏ $500,000,001-$1 billion |
| ❏ $50,001-$100,000 | ❏ $10,000,001-$50 million | ❏ $1,000,000,001-$10 billion |
| ❏ $100,001-$500,000 | ❏ $50,000,001-$100 million | ❏ $10,000,000,001-$50 billion |
| ❏ $500,001-$1 million | ❏ $100,000,001-$500 million | ❏ More than $50 billion |

| Debtor | Waikoloa Village Lofts West LLC | Case number (*if known*) | 26-20761 |
|---|---|---|---|
| | Name | | |

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

---

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  05/19/2026
 MM  / DD / YYYY

✗ /s/ Gary Pinkston                      Gary Pinkston
Signature of authorized representative of debtor          Printed name

Title  Manager

---

**18. Signature of attorney**

✗ /s/ William Rountree                      Date  05/19/2026
Signature of attorney for debtor                  MM  / DD / YYYY

William Rountree
Printed name

Rountree, Leitman, Klein & Geer, LLC
Firm name

2987 Clairmont Road Suite 350
Number        Street

Atlanta                      GA        30329
City                      State      ZIP Code

404-584-1238                      wrountree@rlkglaw.com
Contact phone                      Email address

616503                      GA
Bar number                      State

AMENDED

Debtor _____     Case number (*if known*) __26-20761__
          First Name     Middle Name     Last Name

Waikoloa Village Lofts West LLC

### Continuation Sheet for Official Form 201

**10) Pending Bankruptcies**

| | | | |
|---|---|---|---|
| MP KAUAI QOZ FUND LLC | Northern District of Georgia | 05/14/2026 | 26-20775-JRS |
| THE GARY & JANICE PINKSTON FAMILY TRUST DATED JANUARY 18, 2008 | Northern District of Georgia | 05/14/2026 | 26-20777-JRS |
| WAIKOLOA VILLAGE LOFTS SOUTH LLC | Northern District of Georgia | 05/14/2026 | 26-20773-JRS |
| WAIPAHU PROPERTIES, LLC | Northern District of Georgia | 05/14/2026 | 26-20768-JRS |
| 5425 PAU A LAKA LLC | Northern District of Georgia | 05/14/2026 | 26-20778-JRS |
| FLETCHER K LLC | Northern District of Georgia | 05/14/2026 | 26-20774-JRS |
| GARY L. PINKSTON | Northern District of Georgia | 05/14/2026 | 26-20779-JRS |
| HAWAII REAL ESTATE DEVELOPMENT LLC | Northern District of Georgia | 05/14/2026 | 26-20776-JRS |
| KUKUIULA VISTAS LLC | Northern District of Georgia | 05/14/2026 | 26-20770-JRS |
| MP ELK GROVE LLC | Northern District of Georgia | 05/14/2026 | 26-20765-JRS |
| MP ELKO II LLC | Northern District of Georgia | 05/14/2026 | 26-20769-JRS |
| MP KAUAI HH DEVELOPMENT FUND LLC | Northern District of Georgia | 05/14/2026 | 26-20763-JRS |
| MP MODESTO LLC | Northern District of Georgia | 05/14/2026 | 26-20766-JRS |
| TC CLOVIS LLC | Northern District of Georgia | 05/14/2026 | 26-20762-JRS |
| WAIKOLOA VILLAGE HOTEL CWS LLC | Northern District of Georgia | 05/14/2026 | 26-20771-JRS |
| WAIKOLOA VILLAGE HOTEL HIE LLC | Northern District of Georgia | 05/14/2026 | 26-20772-JRS |
| WILLOW PLAZA LLC | Northern District of Georgia | 05/14/2026 | 26-20764-JRS |

Official Form 201                **Voluntary Petition for Non-Individuals Filing for Bankruptcy**

AMENDED

**Fill in this information to identify the case:**

Debtor name ___Waikoloa Village Lofts West LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (If known): ___26-20761___

☑ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Hawaii County Property Tax Office 101 Pauahi Street Suite 4 Hilo, HI, 96 | | Taxes & Other Government Units | | | | 73,461.92 |
| 2 | Terrawatt 64-5254 Puanuanu Pl Kamuela , HI, 96743 | | | | | | 28,041.09 |
| 3 | Goodfellow Bros, Inc. PO Box 598 Wenatchee, WA, 98807 | | Other | | | | 15,281.48 |
| 4 | Iwamoto Engineering Consultants, Inc. 98-029 Hekaha St. Suite 37 Aiea, HI, 96701 | | | | | | 7,264.25 |
| 5 | Spectrum 74-5450 Makala Blvd Suite 103 Kailua Kona, HI, 96740 | | | | | | 661.36 |
| 6 | Riehm Owensby Planners & Architects, LLC PO Box 390747 Keauhou, HI, 96739 | | | | | | 303.67 |
| 7 | Meridian Pacific Holdings, LLC 4800 Montgomery Lane Suite 1000 Bethesda, MD, 20814 | | | Disputed Unliquidated Contingent | | | 0.00 |
| 8 | | | | | | | |

AMENDED

Debtor    Waikoloa Village Lofts West LLC
_____
Name

Case number (*if known*) 26-20761
_____

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | | | | | | |
| 10 | | | | | | |
| 11 | | | | | | |
| 12 | | | | | | |
| 13 | | | | | | |
| 14 | | | | | | |
| 15 | | | | | | |
| 16 | | | | | | |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

AMENDED

**Fill in this information to identify the case and this filing:**

Debtor Name ___Waikoloa Village Lofts West LLC___

United States Bankruptcy Court for the: ___Northern District of Georgia___

Case number (*If known*): ___26-20761___

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

❑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

❑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

❑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

❑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

❑ *Schedule H: Codebtors* (Official Form 206H)

❑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

❑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___05/19/2026___
MM / DD / YYYY

✗ /s/ Gary Pinkston
_____
Signature of individual signing on behalf of debtor

Gary Pinkston
_____
Printed name

Manager
_____
Position or relationship to debtor

Official Form 202          **Declaration Under Penalty of Perjury for Non-Individual Debtors**