**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **In Re:** | **CASE NO. 26-20761-JRS** |
| **WAIKOLOA VILLAGE LOFTS WEST, LLC,** *et al*, | **CHAPTER 11** |
| **Debtors.** | **WAIPAHU PROPERTIES, LLC** **WAIPAHU, LLC** **WILLOW PLAZA, LLC** |
| | **Jointly Administered[1]** |

## MOTION FOR SECOND EXTENSION OF TIME FOR FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS

Waikoloa Village Lofts West, LLC, Waipahu Properties, LLC, Waipahu, LLC, Willow Plaza, LLC, 5425 Pau A Laka, LLC, Fletcher K, LLC, Gary L. Pinkston, Hawaii Real Estate Development, LLC, Kukuiula Vistas, LLC, MP Elk Grove, LLC, MP Elko II LLC, MP Kauai HH Development Fund, LLC, MP Kauai QOZ Fund, LLC, MP Modesto, LLC, TC Clovis, LLC, The Gary & Janice Pinkston Family Trust, Waikoloa Village Hotel CWS, LLC, Waikoloa Village Hotel HIE, LLC, and Waikoloa Village Lofts South, LLC (collectively, "**Debtors**") files this Motion for Extension of Time for Filing Schedules and Statement of Financial Affairs (the "**Motion**") and in support thereof, respectfully represents:

1.      Debtors filed their petitions for relief under Chapter 11, Title 11, of the United States Code on March 14, 2026 (the "**Petition Date**").

---

[1] Non-operating Debtors are **5425 PAU A LAKA, LLC, FLETCHER K, LLC, GARY L. PINKSTON, HAWAII REAL ESTATE DEVELOPMENT, LLC, KUKUIULA VISTAS, LLC, MP ELK GROVE, LLC, MP ELKO II, LLC, MP KAUAI HH DEVELOPMENT FUND, LLC, MP KAUAI QOZ FUND, LLC, MP MODESTO, LLC, TC CLOVIS, LLC, THE GARY & JANICE PINKSTON FAMILY TRUST, WAIKOLOA VILLAGE HOTEL CWS, LLC, WAIKOLOA VILLAGE HOTEL HIE, LLC,** and **WAIKOLOA VILLAGE LOFTS SOUTH, LLC.**

2.      Pursuant to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007(c), Debtors are obligated to file their Schedules and Statement of Financial Affairs (the "**Schedules**") within fourteen days of the Petition Date. The deadline expires on May 28, 2026. Debtors received a first extension of time to file their Schedules through June 10, 2026 [Doc. No. 30].

3.      Debtors' 11 U.S.C. § 341 meetings of creditors are scheduled on June 18, 2026.

4.      Debtors request an extension through and including June 12, 2026 to file their Schedules and Statement of Financial Affairs in each of their individual cases to ensure all information is complete.

5.      This request is Debtors' first request for an extension, and Debtors believe that additional extensions will not be required.

WHEREFORE, Debtors respectfully request this Court:

(a)     enter an order, substantially in the form attached hereto as **Exhibit A**;

(b)     grant the requested extension through and including June 12, 2026; and

(c)     grant such other and further relief as the Court deems just and reasonable.

Dated: June 10, 2026                         **ROUNTREE LEITMAN KLEIN & GEER, LLC**

                                            */s/ Ceci Christy*
                                            William A. Rountree, Ga. Bar No. 616503
                                            Ceci Christy, Ga. Bar No. 370092
                                            Century Plaza I
                                            2987 Clairmont Road, Suite 350
                                            Atlanta, Georgia 30329
                                            (404) 584-1238 Telephone
                                            wrountree@rlkglaw.com
                                            cchristy@rlkglaw.com
                                            *Attorneys for Debtors*

EXHIBIT "A"


[PROPOSED ORDER]


UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| **In Re:** | **CASE NO. 26-20761-JRS** |
| **WAIKOLOA VILLAGE LOFTS WEST, LLC**, *et al*, | **CHAPTER 11** |
| **Debtors.** | **WAIPAHU PROPERTIES, LLC** **WAIPAHU, LLC** **WILLOW PLAZA, LLC** |
| | **Jointly Administered[2]** |

**ORDER GRANTING DEBTORS' MOTION FOR SECOND EXTENSION OF TIME FOR
FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

This matter is before the Court upon Debtors' Motion for Extension of Time for Filing

Schedules and Statement of Financial Affairs (the "**Motion**") [Doc. No. ] filed on May 25, 2026. It

---

[2] Non-operating Debtors are **5425 PAU A LAKA, LLC, FLETCHER K, LLC, GARY L.
PINKSTON, HAWAII REAL ESTATE DEVELOPMENT, LLC, KUKUIULA VISTAS,
LLC, MP ELK GROVE, LLC, MP ELKO II, LLC, MP KAUAI HH DEVELOPMENT
FUND, LLC, MP KAUAI QOZ FUND, LLC, MP MODESTO, LLC, TC CLOVIS, LLC,
THE GARY & JANICE PINKSTON FAMILY TRUST, WAIKOLOA VILLAGE HOTEL
CWS, LLC, WAIKOLOA VILLAGE HOTEL HIE, LLC,** and **WAIKOLOA VILLAGE
LOFTS SOUTH, LLC.**

appears to the Court that each jointly administered debtor's Chapter 11 case was commenced by the filing of a voluntary petition on May 14, 2026, constituting an Order for Relief; that pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007(c), each Debtor was obligated to file its Schedules and Statement of Financial Affairs within fourteen (14) days of the Order for Relief, and that the aforementioned deadline expires on May 28, 2026; that Debtors received an extension of time to file their Schedules and Statement of Financial Affairs through June 10, 2026 [Doc. No. 30]; that Debtors seek a second extension of time in which to file their individual Schedules and Statement of Financial Affairs; that the § 341 Meeting of Creditors has not passed and for good cause shown, it is hereby

ORDERED AND ADJUDGED as follows:

1.      The Motion is **GRANTED**; and

2.      The time period within which Debtors must file their individual Schedules and Statement of Financial Affairs is hereby extended through and including June 12, 2026.

3.      Debtors' counsel shall serve a copy of this Order within three (3) days of entry upon the United States Trustee, all parties who have a notice of appearance in Debtors' bankruptcy cases, and on all parties in interest.

[END OF DOCUMENT]

**Prepared and presented by:**

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Ceci Christy*
Ceci Christy, Ga. Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
*Attorneys for the Debtor*

2

**CERTIFICATE OF SERVICE**

This is to certify that I have this day caused to be served copy of the foregoing **Motion for Second Extension of Time for Filing Schedules and Statement of Financial Affairs** via by filing same with the court using the CM/ECF system, which will send an electronic mail notification to the parties as indicated below:

David S. Weidenbaum
david.s.weidenbaum@usdoj.gov

Dated: June 10, 2026

                                        */s/ Ceci Christy*
                                          Ceci Christy
                                          Georgia Bar No. 370092