

**IT IS ORDERED as set forth below:**

**Date: June 10, 2026**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **In Re:** | **CASE NO. 26-20761-JRS** |
| **WAIKOLOA VILLAGE LOFTS WEST, LLC,** *et al*, | **CHAPTER 11** |
| **Debtors.** | **WAIPAHU PROPERTIES, LLC WAIPAHU, LLC WILLOW PLAZA, LLC** |
| | **Jointly Administered[1]** |

**ORDER GRANTING DEBTORS' MOTION FOR SECOND EXTENSION OF TIME**
**FOR FILING SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS**

---

[1] Non-operating Debtors are **5425 PAU A LAKA, LLC, FLETCHER K, LLC, GARY L. PINKSTON, HAWAII REAL ESTATE DEVELOPMENT, LLC, KUKUIULA VISTAS, LLC, MP ELK GROVE, LLC, MP ELKO II, LLC, MP KAUAI HH DEVELOPMENT FUND, LLC, MP KAUAI QOZ FUND, LLC, MP MODESTO, LLC, TC CLOVIS, LLC, THE GARY & JANICE PINKSTON FAMILY TRUST, WAIKOLOA VILLAGE HOTEL CWS, LLC, WAIKOLOA VILLAGE HOTEL HIE, LLC,** and **WAIKOLOA VILLAGE LOFTS SOUTH, LLC.**

This matter is before the Court upon Debtors' Motion for Second Extension of Time for Filing Schedules and Statement of Financial Affairs (the "**Motion**") [Doc. No. 53] filed on June 10, 2026. It appears to the Court that each jointly administered debtor's  Chapter 11 case was commenced by the filing of a voluntary petition on May 14, 2026, constituting an Order for Relief; that pursuant to 11 U.S.C. § 521 and Federal Rule of Bankruptcy Procedure 1007(c), each Debtor was obligated to file its Schedules and Statement of Financial Affairs within fourteen (14) days of the Order for Relief, and that the aforementioned deadline expired on May 28, 2026; that Debtors received an extension of time to file their Schedules and Statement of Financial Affairs through June 10, 2026 [Doc. No. 30]; that Debtors seek a second extension of time in which to file their individual Schedules and Statement of Financial Affairs through June 12, 2026; that the § 341 Meeting of Creditors has not passed and for good cause shown, it is hereby

ORDERED AND ADJUDGED as follows:

The Motion is **GRANTED**; and

1.     The time period within which Debtors must file their individual Schedules and Statement of Financial Affairs is hereby extended through and including June 12, 2026.

2.     Debtors' counsel shall serve a copy of this Order within three (3) days of entry  upon the United States Trustee, all parties who have a notice of appearance in Debtors' bankruptcy cases, and on all parties in interest.

[END OF DOCUMENT]

**Prepared and presented by:**

**ROUNTREE LEITMAN KLEIN & GEER, LLC**


*/s/ Ceci Christy*
Ceci Christy
Georgia Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
*Attorneys for the Debtor*