**Fill in this information to identify the case:**

Debtor name _____Waikoloa Village Lofts West LLC_____

United States Bankruptcy Court for the: _____Northern District of Georgia_____

(State)

Case number (If known): ____26-20761_____

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* ..................................................................................................   $ 47,272,424.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..................................................................................................   $ 198,417.63

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ..................................................................................................   $ 47,470,841.63

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D* ................................................   $ 28,713,039.51

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 6a of *Schedule E/F*......................................................................   $ 88,743.40

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 6b of *Schedule E/F*............................................................   +$ 26,027,517.80

4. **Total liabilities**...................................................................................................................................................
   Lines 2 + 3a + 3b   $ 54,829,300.71

**Fill in this information to identify the case:**

Debtor name     Waikoloa Village Lofts West LLC

United States Bankruptcy Court for the:  Northern District of Georgia

Case number     26-20761
(if known)

☐ Check if this is an
   amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                  $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts**  *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1.  First Hawaiian Bank | Checking | 7 0 5 1 | $ 2,916.26 |

4. **Other cash equivalents**  *(Identify all)*

   4.1.                                                                             $
   4.2.                                                                             $

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $ 2,916.26

## Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1.  Security Deposit for 100 Main Street                                       $ 350.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor  Waikoloa Village Lofts West LLC
        Name

Case number *(if known)* 26-20761

Description, including name of holder of prepayment

8.1. _____   $ _____

8.2. _____   $ _____

9. **Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.

$ 350.00

---

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

11a. 90 days old or less:   13,151.37          –   0.00                          = .......... ➤   $ 13,151.37
                            face amount            doubtful or uncollectible accounts

11b. Over 90 days old:      0.00               –   0.00                          = .......... ➤   $ 0.00
                            face amount            doubtful or uncollectible accounts

12. **Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

$ 13,151.37

---

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1. _____   _____   $ _____

14.2. _____   _____   $ _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                          % of ownership:

15.1. _____   _____%   _____   $ _____

15.2. _____   _____%   _____   $ _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1. _____   _____   $ _____

16.2. _____   _____   $ _____

17. **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

$ 0.00

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

Debtor   <u>Waikoloa Village Lofts West LLC</u>
Name

Case number *(if known)* <u>26-20761</u>

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

| | | | | |
|---|---|---|---|---|
| _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |

20. **Work in progress**

| | | | | |
|---|---|---|---|---|
| _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |

21. **Finished goods, including goods held for resale**

| | | | | |
|---|---|---|---|---|
| _____ | MM / DD / YYYY | $ _____ | _____ | $ _____ |

22. **Other inventory or supplies**

| General description | Date of the last physical inventory | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |

Debtor  Waikoloa Village Lofts West LLC
Name

Case number *(if known)* 26-20761

| Description | | Net book value | Valuation | Current value |
|---|---|---|---|---|
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |
| Appliances for furnished units | MM / DD / YYYY | $ 6,500.00 | | $ 6,500.00 |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$ 182,000.00

24. **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| | $ | | $ |
| 29. **Farm animals**  *Examples:* Livestock, poultry, farm-raised fish | | | |
| | $ | | $ |
| 30. **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| | $ | | $ |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| | $ | | $ |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |
| | $ | | $ |

33. **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$ 0.00

Debtor <u>Waikoloa Village Lofts West LLC</u>
Name

Case number *(if known)* <u>26-20761</u>

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No

   ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | $ _____ | _____ | $ _____ |
| 40. **Office fixtures** | $ _____ | _____ | $ _____ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | $ _____ | _____ | $ _____ |

42.  **Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | | |
|---|---|---|---|
| 42.1. _____ | $ _____ | _____ | $ _____ |
| 42.2. _____ | $ _____ | _____ | $ _____ |
| 42.3. _____ | $ _____ | _____ | $ _____ |

43. **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

$ 0.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Debtor ___Waikoloa Village Lofts West LLC___     Case number *(if known)* 26-20761
            Name

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1. | $ | | $ |
| 47.2. | $ | | $ |
| 47.3. | $ | | $ |
| 47.4. | $ | | $ |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1. | $ | | $ |
| 48.2. | $ | | $ |

**49. Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1. | $ | | $ |
| 49.2. | $ | | $ |

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| 50.1. | $ | | $ |

**51. Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

$ 0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

**Part 9:      Real property**

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1  Lofts West at Waikoloa, 68-4428 Waikoloa Plaza Road, Waikoloa, HI 96738 | | $ 47,272,424.00 | | $ 47,272,424.00 |

**56. Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ 47,272,424.00

Debtor   Waikoloa Village Lofts West LLC
Name

Case number *(if known)* 26-20761

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | $ | | $ |
| 61. **Internet domain names and websites** | $ | | $ |
| 62. **Licenses, franchises, and royalties** | $ | | $ |
| 63. **Customer lists, mailing lists, or other compilations** | $ | | $ |
| 64. **Other intangibles, or intellectual property** | $ | | $ |
| 65. **Goodwill** | $ | | $ |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

$ 0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

Current value of debtor's interest

Debtor __Waikoloa Village Lofts West LLC__     Case number *(if known)* 26-20761
        Name

71. **Notes receivable**

Description (include name of obligor)

_____   _____ - _____ = ➤ $ _____

                                   Total face amount      doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____     Tax year _____   $ _____

_____     Tax year _____   $ _____

_____     Tax year _____   $ _____

73. **Interests in insurance policies or annuities**

_____     $ _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____     $ _____

Nature of claim     _____

Amount requested    $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____     $ _____

Nature of claim     _____

Amount requested    $ _____

76. **Trusts, equitable or future interests in property**

_____     $ _____

77. **Other property of any kind not already listed**  *Examples:* Season tickets, ncountry club membership

_____     $ _____

78. **Total of Part 11**

Add lines 71 through 77. Copy the total to line 90

$ 0.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 12:     Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 2,916.26 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 350.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 13,151.37 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 182,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |

Debtor   Waikoloa Village Lofts West LLC
Name

Case number *(if known)* 26-20761

87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.*   $ 0.00

88. **Real property.** *Copy line 56, Part 9.* ..........................................................➤   $ 47,272,424.00

89. **Intangibles and intellectual property.** *Copy line 66, Part 10.*   $ 0.00

90. **All other assets.** *Copy line 78, Part 11.*   + $ 0.00

91. **Total.** *Add lines 80 through 90 for each column.* ......................91a.   $ 198,417.63   + 91b. $ 47,272,424.00

92. Total of all property on Schedule A/B. *Lines 91a + 91b = 92.*   47,470,841.63   $ 47,470,841.63

**Fill in this information to identify the case:**

Debtor name  Waikoloa Village Lofts West LLC

United States Bankruptcy Court for the:  Northern District of Georgia

Case number (if known):   26-20761

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|

**2.1**

**Creditor's name**
First Hawaiian Bank

**Creditor's mailing address**
999 Bishop Street
Suite 110, Honolulu, HI 96813-4423

**Creditor's email address, if known**

**Date debt was incurred**  07/19/2022
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Have you already specified the relative priority?
  ☑ No. Specify each creditor, including this creditor, and its relative priority.

  First Hawaiian Bank, 1st,
  First Hawaiian Bank, 1st,
  First Hawaiian Bank, 1st

  ☐ Yes. The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

Lofts West at Waikoloa, 68-4428 Waikoloa Plaza Road, Waikoloa, HI 96738

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

$ 25,465,088.22          $ 47,272,424.00

Debtor      Waikoloa Village Lofts West LLC                                    Case number *(if known)* 26-20761
            Name

---

**2.2**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- |
| First Hawaiian Bank | | $ 1,965,025.03 | $ 47,272,424.00 |
| **Creditor's mailing address** | Lofts West at Waikoloa, 68-4428 Waikoloa Plaza Road, Waikoloa, HI 96738 | | |
| 999 Bishop Street | | | |
| Suite 110, Honolulu, HI 96813-4423 | | | |

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- [ ] No
- [✓] Yes. Have you already specified the relative priority?
    - [ ] No. Specify each creditor, including this creditor, and its relative priority.

  - [✓] Yes. The relative priority of creditors is specified on lines 2.1

**Describe the lien**

**Is the creditor an insider or related party?**

- [✓] No
- [ ] Yes

**Is anyone else liable on this claim?**

- [✓] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

**2.3**

| **Creditor's name** | **Describe debtor's property that is subject to a lien** | | |
| --- | --- | --- | --- |
| First Hawaiian Bank | | $ 1,282,926.26 | $ 47,272,424.00 |
| **Creditor's mailing address** | Lofts West at Waikoloa, 68-4428 Waikoloa Plaza Road, Waikoloa, HI 96738 | | |
| 999 Bishop Street | | | |
| Suite 110, Honolulu, HI 96813-4423 | | | |

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

- [ ] No
- [✓] Yes. Have you already specified the relative priority?
    - [ ] No. Specify each creditor, including this creditor, and its relative priority.

  - [✓] Yes. The relative priority of creditors is specified on lines 2.1

**Describe the lien**

**Is the creditor an insider or related party?**

- [✓] No
- [ ] Yes

**Is anyone else liable on this claim?**

- [✓] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

---

Official Form 206D                **Schedule D: Creditors Who Have Claims Secured by Property**                page 2 of 3

Debtor   Waikoloa Village Lofts West LLC

Name

Case number *(if known)* 26-20761

| | | | |
|---|---|---|---|
| 2.4 | **Creditor's name** | **Describe debtor's property that is subject to a lien** | $ 0.00    $ 0.00 |

**Creditor's name**
Meridian Pacific Holdings, LLC

**Creditor's mailing address**
4800 Montgomery Lane
Suite 1000, Bethesda, MD 20814

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

**Describe debtor's property that is subject to a lien**

member interest

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

$ 0.00    $ 0.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$
28,713,039.51

**Fill in this information to identify the case:**

Debtor          Waikoloa Village Lofts West LLC

United States Bankruptcy Court for the:   Northern District of Georgia

Case number   26-20761
(If known)

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**
Goodfellow Bros, Inc.
PO Box 598
Wenatchee, WA 98807

As of the petition filing date, the claim is: $ 15,281.48     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** **Priority creditor's name and mailing address**
Hawaii County Property Tax Office
101 Pauahi Street
Suite 4
Hilo, HI 96

As of the petition filing date, the claim is: $ 73,461.92     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Taxes & Other Government Units

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ( 8 )

**2.3** **Priority creditor's name and mailing address**

As of the petition filing date, the claim is: $ _____     $ _____
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

Debtor   Waikoloa Village Lofts West LLC _____   Case number *(if known)* 26-20761 _____
         Name

---

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | **Amount of claim** |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**
Ace Hardware Hawaii Inc
2810 Paa Street, Bldg A
Honolulu, HI 96819

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 233.19

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
Awai & Sons Concrete
967 Railroad Ave. Hilo
Hilo, HI 96720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 55,500.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
Calvin's Plumbing, Inc.
73-5573 Lawehana St Building 1 #112
Kailua Kona, HI 96740

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 624,940.00

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
Gary L. Pinkston
1801 Tiburon Blvd
Suite 800
Belvedere Tiburon, CA 94920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
note payable

$ 15,789,760.66

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.5** **Nonpriority creditor's name and mailing address**
Harner Wall System, LLC
P.O. BOX 3203
Kailua Kona, HI 96745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 144,547.50

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
Hilo Fire Extinguishers
16-643 Kipimana St #17
Keaau, HI 96749

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 6,354.97

**Date or dates debt was incurred** _____
**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 2 of 5

Debtor __Waikoloa Village Lofts West LLC_____ Case number _(if known)__26-20761____
       Name

---

| **Part 2:** | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

**3.7** **Nonpriority creditor's name and mailing address**

Hilti, Inc.
P.O. Box 650756
Dallas, TX 75265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 901.88

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**

Iwamoto Electric
910 Hoalauna Way Hilo
Hilo, HI 96720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 12,698.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.9** **Nonpriority creditor's name and mailing address**

Iwamoto Engineering Consultants, Inc.
98-029 Hekaha St.
Suite 37
Aiea, HI 96701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 7,264.25

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10** **Nonpriority creditor's name and mailing address**

Mauna Construction LLC
1178 Oihana Street Hilo
Hilo, HI 96720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

$ 25,920.00

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11** **Nonpriority creditor's name and mailing address**

MP Financial Group Ltd
1801 Tiburon Blvd
Suite 800
Belvedere Tiburon, CA 94920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** note payable

$ 9,084,722.23

Date or dates debt was incurred _____

Last 4 digits of account number _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 3 of 5

Debtor Waikoloa Village Lofts West LLC _____  Case number (if known) 26-20761

Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.12  Nonpriority creditor's name and mailing address**

MZ Flooring, Inc.
P.O. BOX 2660
Honolulu, HI 96803

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$ 223,529.00

---

**3.13  Nonpriority creditor's name and mailing address**

RC Plumbing LLC
73-5580 Maiau Street, Unit J
Kailua Kona, HI 96740

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
❑ Yes

$ 22,140.00

---

**3.14  Nonpriority creditor's name and mailing address**

Riehm Owensby Planners & Architects, LLC
PO Box 390747
Keauhou, HI 96739

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
❑ Yes

$ 303.67

---

**3.15  Nonpriority creditor's name and mailing address**

Spectrum
74-5450 Makala Blvd
Suite 103
Kailua Kona, HI 96740

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
❑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
☑ No
❑ Yes

$ 661.36

---

**3.16  Nonpriority creditor's name and mailing address**

Terrawatt
64-5254 Puanuanu Pl
Kamuela
, HI 96743

**As of the petition filing date, the claim is:**
*Check all that apply.*
❑ Contingent
❑ Unliquidated
☑ Disputed

**Basis for the claim:**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** _____

**Is the claim subject to offset?**
✔ No
❑ Yes

$ 28,041.09

---

Debtor ___Waikoloa Village Lofts West LLC_____   Case number *(if known)*___26-20761_____

Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5.  **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $ 88,743.40 |
| 5b. **Total claims from Part 2** | 5b. $+$ | $ 26,027,517.80 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ 26,116,261.20 |

**Fill in this information to identify the case:**

Debtor name    Waikoloa Village Lofts West LLC

United States Bankruptcy Court for the:    Northern District of Georgia

Case number (if known):  26-20761                                Chapter    11

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

| | |
|---|---|
| 1. **Does the debtor have any executory contracts or unexpired leases?** | |

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | See attached rent roll, Lessor | multiple _____ Name _____ Street _____ City _____ State Zip |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** **State the term remaining** **List the contract number of any government contract** | Lease for 100 Main Street, Suite E1-3 SW Gainesville, Lessee | Thrive Coworking Name Business Centre 100 Main Street, SW Street Gainesville                         GA  30501 City                             State Zip |

Official Form 206G                    Schedule G: Executory Contracts and Unexpired Leases                    page 1 of 1

**Fill in this information to identify the case:**

Debtor name    Waikoloa Village Lofts West LLC

United States Bankruptcy Court for the:   Northern District of Georgia

Case number (if known):   26-20761

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Gary L Pinkston and Janice Pinkston Family Trust | 1801 Tiburon Blvd <br> Street <br> Suite 800 <br><br> Belvedere Tiburon     CA     94920 <br> City                State    ZIP Code | Meridian Pacific Holdings, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 The LJM Irrevocable Trust | c/o MP Financial Group, Ltd. 1801 Tiburon <br> Street <br> Boulevard <br><br> Suite 800 <br><br> Belvedere Tiburon     CA     94920 <br> City                State    ZIP Code | Meridian Pacific Holdings, LLC | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.3 The Crystal P. Pinkston Trust | c/o MP Financial Group, Ltd. 1801 Tiburon <br> Street <br> Boulevard <br><br> Suite 800 <br><br> Belvedere Tiburon     CA     94920 <br> City                State    ZIP Code | Meridian Pacific Holdings, LLC | ☑ D <br> ☐ E/F <br> ☐ G |

Debtor   Waikoloa Village Lofts West LLC   Case number *(if known)* 26-20761

| 2.4 | | | | | |
|---|---|---|---|---|---|
| MP Financial Group | 1801 Tiburon Blvd | | | Meridian Pacific Holdings, LLC | ☑ D<br>☐ E/F<br>☐ G |
| | Street | | | | |
| | Suite 800 | | | | |
| | Belvedere Tiburon | CA | 94920 | | |
| | City | State | ZIP Code | | |

| 2.5 | | | | | |
|---|---|---|---|---|---|
| Hawaii Real Estate<br><br>Development LLC | 1801 Tiburon Blvd | | | Meridian Pacific Holdings, LLC | ☑ D<br>☐ E/F<br>☐ G |
| | Street | | | | |
| | Suite 800 | | | | |
| | Belvedere Tiburon | CA | 94920 | | |
| | City | State | ZIP Code | | |

| 2.6 | | | | | |
|---|---|---|---|---|---|
| Waipahu, LLC | 1801 Tiburon Blvd | | | Meridian Pacific Holdings, LLC | ☑ D<br>☐ E/F<br>☐ G |
| | Street | | | | |
| | Belvedere Tiburon | CA | 94920 | | |
| | City | State | ZIP Code | | |

| 2.7 | | | | | |
|---|---|---|---|---|---|
| Willow Plaza, LLC | 94-050 Farrington Hwy | | | Meridian Pacific Holdings, LLC | ☑ D<br>☐ E/F<br>☐ G |
| | Street | | | | |
| | Waipahu | HI | 96797 | | |
| | City | State | ZIP Code | | |

| 2.8 | | | | | |
|---|---|---|---|---|---|
| Waikoloa Village Lofts<br><br>South, LLC | 94-050 Farrington Hwy | | | Meridian Pacific Holdings, LLC | ☑ D<br>☐ E/F<br>☐ G |
| | Street | | | | |
| | Waipahu | HI | 96797 | | |
| | City | State | ZIP Code | | |

| 2.9 | | | | | |
|---|---|---|---|---|---|
| Waikoloa Village Hotel<br><br>HIE LLC | 94-050 Farrington Hwy | | | Meridian Pacific Holdings, LLC | ☑ D<br>☐ E/F<br>☐ G |
| | Street | | | | |
| | Waipahu | HI | 96797 | | |
| | City | State | ZIP Code | | |

| 2.10 | | | | | |
|---|---|---|---|---|---|
| MP Elk Grove LLC | 94-050 Farrington Hwy | | | Meridian Pacific Holdings, LLC | ☑ D<br>☐ E/F<br>☐ G |
| | Street | | | | |
| | Suite E1-3 | | | | |
| | Waipahu | HI | 96797 | | |
| | City | State | ZIP Code | | |

Debtor ___Waikoloa Village Lofts West LLC___   Case number *(if known)* 26-20761

| 2.11 MP Elko II, LLC | 1801 Tiburon Blvd | | | Meridian Pacific Holdings, LLC | ☑ D ☐ E/F ☐ G |
|---|---|---|---|---|---|
| | Street Suite 800 | | | | |
| | Belvedere Tiburon | CA | 94920 | | |
| | City | State | ZIP Code | | |

| 2.12 MP Modesto LLC | 1801 Tiburon Blvd | | | Meridian Pacific Holdings, LLC | ☑ D ☐ E/F ☐ G |
|---|---|---|---|---|---|
| | Street Suite 800 | | | | |
| | Belvedere Tiburon | CA | 94920 | | |
| | City | State | ZIP Code | | |

| 2.13 TC Clovis, LLC | 1801 Tiburon Blvd | | | Meridian Pacific Holdings, LLC | ☑ D ☐ E/F ☐ G |
|---|---|---|---|---|---|
| | Street Suite 800 | | | | |
| | Belvedere Tiburon | CA | 94920 | | |
| | City | State | ZIP Code | | |

| 2.14 Waikoloa Plaza LLC | 1801 Tiburon Boulevard | | | Meridian Pacific Holdings, LLC | ☑ D ☐ E/F ☐ G |
|---|---|---|---|---|---|
| | Street Suite 800 | | | | |
| | Belvedere Tiburon | CA | 94920 | | |
| | City | State | ZIP Code | | |

| 2.15 Waikoloa Village Hotel CWS LLC | 94-050 Farrington Hwy | | | Meridian Pacific Holdings, LLC | ☑ D ☐ E/F ☐ G |
|---|---|---|---|---|---|
| | Street | | | | |
| | Waipahu | HI | 96797 | | |
| | City | State | ZIP Code | | |

| 2.16 MP Kauai HH Development Fund LLC | 94-050 Farrington Hwy | | | Meridian Pacific Holdings, LLC | ☑ D ☐ E/F ☐ G |
|---|---|---|---|---|---|
| | Street | | | | |
| | Waipahu | HI | 96797 | | |
| | City | State | ZIP Code | | |

| 2.17 Gary Pinkston | 20 Tamalpais Avenue | | | Meridian Pacific Holdings, LLC | ☑ D ☐ E/F ☐ G |
|---|---|---|---|---|---|
| | Street | | | | |
| | Belvedere Tiburon | CA | 94920 | | |
| | City | State | ZIP Code | | |

Debtor   Waikoloa Village Lofts West LLC                              Case number *(if known)* 26-20761

| 2.18 | | | | | |
|---|---|---|---|---|---|
| The AMC Irrevocable Trust c/o MP Financial Group | 1801 Tiburon Blvd | | Meridian Pacific Holdings, LLC | | ☑ D |
| | Street | | | | ☐ E/F |
| | Suite 800 | | | | ☐ G |
| | Belvedere Tiburon | CA | 94920 | | |
| | City | State | ZIP Code | | |

| 2.19 | | | | | |
|---|---|---|---|---|---|
| Waipahu Properties, LLC | 1801 Tiburon Blvd | | Meridian Pacific Holdings, LLC | | ☑ D |
| | Street | | | | ☐ E/F |
| | Suite 800 | | | | ☐ G |
| | Belvedere Tiburon | CA | 94920 | | |
| | City | State | ZIP Code | | |

| 2.20 | | | | | |
|---|---|---|---|---|---|
| The Tiffany L. Tegeler Irrevocable Trust | c/o MP Financial Group, Ltd. 1801 Tiburon | | Meridian Pacific Holdings, LLC | | ☑ D |
| | Street | | | | ☐ E/F |
| | Boulevard | | | | ☐ G |
| | Suite 800 | | | | |
| | Belvedere Tiburon | CA | 94920 | | |
| | City | State | ZIP Code | | |

| 2.21 | | | | | |
|---|---|---|---|---|---|
| Gary L. Pinkston | 1801 Tiburon Blvd. | | First Hawaiian Bank | | ☑ D |
| | Street | | | | ☐ E/F |
| | Suite 800 | | | | ☐ G |
| | Belvedere Tiburon | CA | 94920 | | |
| | City | State | ZIP Code | | |

**Fill in this information to identify the case:**

Debtor name ___Waikoloa Village Lofts West LLC___

United States Bankruptcy Court for the: Northern District of Georgia

Case number (If known): ___26-20761___

❑ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

**1. Gross revenue from business**

❑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2026 <br> MM / DD / YYYY | to | Filing date | ☑ Operating a business <br> ❑ Other | $ 1,084,473.00 |
| **For prior year:** | From 01/01/2025 <br> MM / DD / YYYY | to | 12/31/2025 <br> MM / DD / YYYY | ☑ Operating a business <br> ❑ Other | $ 2,851,532.00 |
| **For the year before that:** | From 01/01/2024 <br> MM / DD / YYYY | to | 12/31/2024 <br> MM / DD / YYYY | ❑ Operating a business <br> ❑ Other | $ 375,010.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From _____ <br> MM / DD / YYYY | to | Filing date | _____ | $_____ |
| **For prior year:** | From _____ <br> MM / DD / YYYY | to | _____ <br> MM / DD / YYYY | _____ | $_____ |
| **For the year before that:** | From _____ <br> MM / DD / YYYY | to | _____ <br> MM / DD / YYYY | _____ | $_____ |

Debtor  Waikoloa Village Lofts West LLC
_____    Case number (*if known*) 26-20761
Name

---

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

❑ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | See Attached SOFA Part 2, Question 3 _____ <br> Creditor's name | | $852067.88____ | ❑ Secured debt <br> ❑ Unsecured loan repayments <br> ❑ Suppliers or vendors <br> ❑ Services <br> ❑ Other _____ |
| 3.2. | _____ <br> Creditor's name | | $_____ | ❑ Secured debt <br> ❑ Unsecured loan repayments <br> ❑ Suppliers or vendors <br> ❑ Services <br> ❑ Other _____ |

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

❑ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Gary L. Pinkston _____ <br> Insider's name <br> 1801 Tiburon Blvd. <br> Suite 800 <br> Belvedere Tiburon, CA 94920 <br><br> **Relationship to debtor** <br> _____ | _____ <br><br> _____ <br><br> _____ | $ 2,050,281.00____ | debt service payments to lender; guarantor |
| 4.2. | _____ <br> Insider's name <br><br><br> **Relationship to debtor** <br> _____ | _____ <br><br> _____ <br><br> _____ | $_____ | |

---

Debtor   Waikoloa Village Lofts West LLC                          Case number (*if known*) 26-20761
_____
Name

---

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | _____<br>Creditor's name | | _____ | $_____ |
| 5.2. | _____<br>Creditor's name | | _____ | $_____ |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| _____<br>Creditor's name | | _____ | $_____ |

Last 4 digits of account number: XXXX– _____

---

### Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Gary L. Pinkston et al v. Douglas Koch et al | Fraud | Circuit Court of the Fifth Circuit State of Hawai'i | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>5CCV-26-0000008<br>_____ | | Pu uhonua Kaulike, 3970 Ka ana Street Lihue, HI 96766 | |
| 7.2. | Pinkston et al v. Koch et al | | **Court or agency's name and address**<br>U.S. District Court for District of Hawaii | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>1:26-cv-00220-JAO-KJM<br>_____ | | 300 Ala Moana Blvd, C-338 Honolulu, HI 96850 | |

---

Official Form 207       **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**       page **3**

Debtor   Waikoloa Village Lofts West LLC
_____
Name

Case number *(if known)* 26-20761
_____

---

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| _____ <br> Custodian's name | _____ | $_____ |
| | **Case title** <br> _____ | **Court name and address** <br> _____ <br> Name |
| | **Case number** <br> _____ | |
| | **Date of order or assignment** <br> _____ | |

---

### Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. _____ <br> Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** <br> _____ | | | |
| 9.2. _____ <br> Recipient's name | | _____ | $_____ |
| | | _____ | $_____ |
| **Recipient's relationship to debtor** <br> _____ | | | |

---

### Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss <br> If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. <br> List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| | _____ | _____ | $_____ |

---

Official Form 207   **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**   page **4**

Debtor  Waikoloa Village Lofts West LLC
_____
Name

Case number (*if known*) 26-20761

---

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Rountree Leitman Klien & Geer, LLC | security retainer as counsel for debtor | 05/2026 | $_____ |
| | **Address** | | | |
| | 2987 Clairmont Road suite 350 Atlanta, GA 30329 | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | | _____ | $_____ |
| **Trustee** | | | |
| _____ | | | |

---

Official Form 207      **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**      page **5**

Debtor   Waikoloa Village Lofts West LLC
         _____
         Name

Case number *(if known)* 26-20761
         _____

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | _____ | | _____ | $_____ |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |
| 13.2. | **Who received transfer?** | | _____ | $_____ |
| | _____ | | | |
| | **Address** | | | |
| | | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:   Previous Locations**

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | | From _____ To _____ |
| 14.2. | | From _____ To _____ |

Debtor   Waikoloa Village Lofts West LLC
_____
Name

Case number (*if known*) 26-20761
_____

---

**Part 8:     Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

❑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br><br>❑ Electronically<br>❑ Paper |

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.2. _____<br>Facility name | | _____ |
| | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?**<br><br>*Check all that apply:*<br><br>❑ Electronically<br>❑ Paper |

---

**Part 9:     Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

❑ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

❑ No

❑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Yes. Does the debtor serve as plan administrator?

❑ No. Go to Part 10.

❑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _____ |

Has the plan been terminated?

❑ No

❑ Yes

---

Debtor    Waikoloa Village Lofts West LLC
_____
Name

Case number (*if known*) 26-20761
_____

---

### Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. _____<br>Name | XXXX–_____ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| **Address** | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| _____<br>Name | | | ☐ No<br>☐ Yes |
| **Address** | | | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor   Waikoloa Village Lofts West LLC                                       Case number (*if known*) 26-20761
         _____                                  _____
         Name

---

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

❑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| See attached rent roll | | | $ Unknown |
| Name | | | |

---

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
❑ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| _____ | _____ | | ❑ Pending |
| **Case number** | Name | | ❑ On appeal |
| _____ | | | ❑ Concluded |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
❑ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ | _____ | | _____ |
| Name | Name | | |

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **9**

Debtor    Waikoloa Village Lofts West LLC
_____
Name

Case number *(if known)* 26-20761
_____

---

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| _____ <br> Name | _____ <br> Name | | _____ |

---

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| | Business name and address | Describe the nature of the business | Employer Identification number <br> Do not include Social Security number or ITIN. |
|---|---|---|---|
| 25.1. | _____ <br> Name | | EIN: _____ <br> **Dates business existed** <br><br> From _____   To _____ |
| 25.2. | **Business name and address** <br><br> _____ <br> Name | **Describe the nature of the business** | **Employer Identification number** <br> Do not include Social Security number or ITIN. <br> EIN: _____ <br> **Dates business existed** <br><br> From _____   To _____ |
| 25.3. | **Business name and address** <br><br> _____ <br> Name | **Describe the nature of the business** | **Employer Identification number** <br> Do not include Social Security number or ITIN. <br> EIN: _____ <br> **Dates business existed** <br><br> From _____   To _____ |

---

Debtor    Waikoloa Village Lofts West LLC
_____          Case number (*if known*)__26-20761_____
          Name

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. | MP Financial Hawaii<br>_____<br>Name<br>94-050 Farrington Hwy, Waipahu, HI 96738 | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26a.2. | _____<br>Name | From _____<br><br>To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. | Dritsas Groom McCormick LLP<br>_____<br>Name<br>7511 N. Remington Ave #101, Fresno, CA 93711 | From _____<br><br>To _____ |

| Name and address | Dates of service |
|---|---|
| 26b.2. | _____<br>Name | From _____<br><br>To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | _____<br>Name | |

---

Official Form 207          Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          page **11**

Debtor    Waikoloa Village Lofts West LLC                          Case number *(if known)* 26-20761
          —————————————————————————————
          Name

| | Name and address | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.2. | ———————————————————————<br>Name | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

❑ None

| | Name and address |
|---|---|
| 26d.1. | Bank of Hawaii<br>——————————————————————<br>Name<br>Bank OH Loan Center PO Box 2715 |

| | Name and address |
|---|---|
| 26d.2. | ——————————————————————<br>Name |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

❑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| ———————————————————————————— | ———— | $———————————— |

| | Name and address of the person who has possession of inventory records |
|---|---|
| 27.1. | ————————————————————————————<br>Name |

Debtor    Waikoloa Village Lofts West LLC                                   Case number (if known) 26-20761
_____
Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

**Name and address of the person who has possession of inventory records**

27.2.  _____
Name

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| The Gary & Janice Pinkston Family Trust dated January 18, 2008 | 1801 Tiburon Blvd suite 800, Tiburon, CA 94920-2574 | member | 100 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |
| | | | _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ Name | _____ | _____ | |
| | | _____ | |
| | | _____ | |
| **Relationship to debtor** | | _____ | |
| _____ | | | |

Debtor      Waikoloa Village Lofts West LLC
            _____
            Name

Case number (*if known*)_26-20761_____

---

**Name and address of recipient**

30.2 _____
     Name

**Relationship to debtor**

_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| _____ | EIN: _____ |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| _____ | EIN: _____ |

---

**Part 14:     Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/14/2026
             _____
             MM  /  DD  / YYYY

✗ /s/ Gary Pinkston
_____
Signature of individual signing on behalf of the debtor

Printed name  Gary Pinkston
_____

Position or relationship to debtor  Manager
_____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☐ No

☑ Yes

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **14**

**Fill in this information to identify the case and this filing:**

Debtor Name ___Waikoloa Village Lofts West LLC_____

United States Bankruptcy Court for the: __Northern District of Georgia_____

Case number (*If known*): ____26-20761_____

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors        **12/15**

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

❑ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

❑ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/14/2026___      ✘ /s/ Gary Pinkston _____
MM / DD / YYYY           Signature of individual signing on behalf of debtor

Gary Pinkston _____
Printed name

Manager _____
Position or relationship to debtor

Official Form 202           **Declaration Under Penalty of Perjury for Non-Individual Debtors**

**Fill in this information to identify the case:**

Debtor name ___Waikoloa Village Lofts West LLC_____

United States Bankruptcy Court for the: __Northern District of Georgia___

Case number (If known): ____26-20761_____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                    **12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Calvin's Plumbing, Inc. 73-5573 Lawehana St Building 1 #112 Kailua Kona, HI, 96740 | | | | | | 624,940.00 |
| 2 | MZ Flooring, Inc. P.O. BOX 2660 Honolulu, HI, 96803 | | | | | | 223,529.00 |
| 3 | Harner Wall System, LLC P.O. BOX 3203 Kailua Kona, HI, 96745 | | | | | | 144,547.50 |
| 4 | Hawaii County Property Tax Office 101 Pauahi Street Suite 4 Hilo, HI, 96 | | Taxes & Other Government Units | | | | 73,461.92 |
| 5 | Awai & Sons Concrete 967 Railroad Ave. Hilo Hilo, HI, 96720 | | | | | | 55,500.00 |
| 6 | Terrawatt 64-5254 Puanuanu Pl Kamuela , HI, 96743 | | | Disputed | | | 28,041.09 |
| 7 | Mauna Construction LLC 1178 Oihana Street Hilo Hilo, HI, 96720 | | | | | | 25,920.00 |
| 8 | RC Plumbing LLC 73-5580 Maiau Street, Unit J Kailua Kona, HI, 96740 | | | | | | 22,140.00 |

Debtor    Waikoloa Village Lofts West LLC

Name

Case number *(if known)*    26-20761

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Goodfellow Bros, Inc. PO Box 598 Wenatchee, WA, 98807 | | Other | | | | 15,281.48 |
| 10 | Iwamoto Electric 910 Hoalauna Way Hilo Hilo, HI, 96720 | | | | | | 12,698.00 |
| 11 | Iwamoto Engineering Consultants, Inc. 98-029 Hekaha St. Suite 37 Aiea, HI, 96701 | | | | | | 7,264.25 |
| 12 | Hilo Fire Extinguishers 16-643 Kipimana St #17 Keaau, HI, 96749 | | | | | | 6,354.97 |
| 13 | Hilti, Inc. P.O. Box 650756 Dallas, TX, 75265 | | | | | | 901.88 |
| 14 | Spectrum 74-5450 Makala Blvd Suite 103 Kailua Kona, HI, 96740 | | | | | | 661.36 |
| 15 | Riehm Owensby Planners & Architects, LLC PO Box 390747 Keauhou, HI, 96739 | | | | | | 303.67 |
| 16 | Ace Hardware Hawaii Inc 2810 Paa Street, Bldg A Honolulu, HI, 96819 | | | | | | 233.19 |
| 17 | | | | | | | |
| 18 | | | | | | | |
| 19 | | | | | | | |
| 20 | | | | | | | |

Official Form 204          **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**          page 2

**United States Bankruptcy Court**

**IN RE:**                                                              Case No. 26-20761 _____

Waikoloa Village Lofts West LLC

_____ Chapter ___11_____ _

### LIST OF EQUITY SECURITY HOLDERS

| Registered name and last known address of security holder | Shares (Or Percentage) | Security Class (or kind of interest) |
|---|---|---|
| The Gary & Janice Pinkston Family Trust dated January 18, 2008<br>1801 Tiburon Blvd suite 800, Tiburon, CA 94920-2574 | 100 | |

sofa 3

## Lofts West — Payments to Payees (90-Day, aggregate > $8,575)

*Source: Lofts West 90 Day Transactions - 6.11.2026*

| Date | Payee | Amount |
|---|---|---|
| 05/22/2026 | First Hawaiian Bank | 32.00 |
| 05/18/2026 | First Hawaiian Bank | 32.00 |
| 05/18/2026 | First Hawaiian Bank | 32.00 |
| 05/15/2026 | First Hawaiian Bank | 150,518.81 |
| 05/14/2026 | First Hawaiian Bank | 75.00 |
| 05/01/2026 | First Hawaiian Bank | 5.99 |
| 05/01/2026 | First Hawaiian Bank | 9,374.98 |
| 05/01/2026 | First Hawaiian Bank | 7,001.77 |
| 04/30/2026 | First Hawaiian Bank | 3.50 |
| 04/09/2026 | First Hawaiian Bank | 143,711.91 |
| 04/01/2026 | First Hawaiian Bank | 5.99 |
| 04/01/2026 | First Hawaiian Bank | 9,385.96 |
| 04/01/2026 | First Hawaiian Bank | 7,007.81 |
| 03/26/2026 | First Hawaiian Bank | 32.00 |
| 03/18/2026 | First Hawaiian Bank | 135,374.09 |
| 03/02/2026 | First Hawaiian Bank | 8,857.02 |
| 03/02/2026 | First Hawaiian Bank | 6,555.94 |
| 02/04/2026 | First Hawaiian Bank | 149,756.10 |
| 02/02/2026 | First Hawaiian Bank | 9,273.85 |
| 02/02/2026 | First Hawaiian Bank | 6,927.86 |
| | **First Hawaiian Bank — Subtotal** | **643,964.58** |
| 05/08/2026 | Hawaii Water Service | 45.42 |
| 04/10/2026 | Hawaii Water Service | 26,650.24 |
| 03/23/2026 | Hawaii Water Service | 13,669.27 |
| 02/05/2026 | Hawaii Water Service | 12,898.19 |
| | **Hawaii Water Service — Subtotal** | **53,263.12** |
| 05/14/2026 | Rountree | 31,738.00 |
| | **Rountree — Subtotal** | **31,738.00** |
| 05/11/2026 | Hawaiian Electric | 8,353.37 |
| 04/10/2026 | Hawaiian Electric | 8,023.63 |
| 03/17/2026 | Hawaiian Electric | 294.54 |
| 02/09/2026 | Hawaiian Electric | 762.56 |
| 02/02/2026 | Hawaiian Electric | 7,202.84 |
| | **Hawaiian Electric — Subtotal** | **24,636.94** |
| 04/28/2026 | Chase Bank | 19,400.00 |
| | **Chase Bank — Subtotal** | **19,400.00** |
| 04/14/2026 | David Fonua | 3,299.66 |
| 02/18/2026 | David Fonua | 13,277.96 |
| | **David Fonua — Subtotal** | **16,577.62** |
| 05/12/2026 | Kali Kai LLC | 3,612.56 |
| 04/15/2026 | Kali Kai LLC | 3,612.56 |
| 03/17/2026 | Kali Kai LLC | 3,612.56 |

| Date | Payee | Amount |
|---|---|---|
| 02/17/2026 | Kali Kai LLC | 3,612.56 |
| | **Kali Kai LLC — Subtotal** | **14,450.24** |
| 04/13/2026 | Pacific Waste, Inc | 3,048.88 |
| 03/19/2026 | Pacific Waste, Inc | 3,048.88 |
| 02/11/2026 | Pacific Waste, Inc | 3,048.88 |
| 02/02/2026 | Pacific Waste, Inc | 3,048.88 |
| | **Pacific Waste, Inc — Subtotal** | **12,195.52** |
| 05/12/2026 | Tier 1 Accounting Solutions | 6,000.00 |
| 03/20/2026 | Tier 1 Accounting Solutions | 3,000.00 |
| 02/24/2026 | Tier 1 Accounting Solutions | 3,000.00 |
| | **Tier 1 Accounting Solutions — Subtotal** | **12,000.00** |
| 04/06/2026 | First Insurance Funding | 11,920.93 |
| | **First Insurance Funding — Subtotal** | **11,920.93** |
| 05/21/2026 | Waipahu LLC | 11,920.93 |
| | **Waipahu LLC — Subtotal** | **11,920.93** |
| | **GRAND TOTAL** | |

| BLDG | UNIT # | SQ Feet | Tenant Name | Lease Start Date | Lease End Date | Monthly Rent | Annual Rent | GET Tax | Total Monthly Charge | Standard Deposit |
|---|---|---|---|---|---|---|---|---|---|---|
| BLDG I | 1901 | 674 | Sharmaine Domingo | 04/01/25 | 09/30/26 | 2,650.00 | $31,800.00 | $119.25 | **$2,769.25** | 2,650.00 |
| BLDG I | 1902 | 674 | Landon Carter Laser Construction | 01/01/25 | 12/31/26 | 2,850.00 | $34,200.00 | $128.25 | **$2,978.25** | 0.00 |
| BLDG I | 1903 | 674 | Zeynel Turhan | 05/01/26 | 10/31/26 | 2,300.00 | $27,600.00 | $108.38 | **$2,408.38** | 2,300.00 |
| BLDG I | 1904 | 674 | Cody Margason | 03/01/26 | 08/31/26 | 2,300.00 | $27,600.00 | $108.38 | **$2,408.38** | 2,300.00 |
| BLDG I | 1905 | 674 | Landon Carter Laser Construction | 01/01/25 | 12/31/26 | 2,850.00 | $34,200.00 | $128.25 | **$2,978.25** | 0.00 |
| BLDG I | 1906 | 674 | James Anderson | 05/15/26 | 05/14/27 | 2,300.00 | $27,600.00 | $108.38 | **$2,408.38** | 2,300.00 |
| BLDG I | 2001 | 674 | Landon Carter Laser Construction | 01/01/25 | 12/31/26 | 2,850.00 | $34,200.00 | $128.25 | **$2,978.25** | 0.00 |
| BLDG I | 2002 | 674 | Eric Vogelsberg COJCOLS Church | 02/18/26 | 02/17/27 | 2,300.00 | $27,600.00 | $108.38 | **$2,408.38** | 2,300.00 |
| BLDG I | 2003 | 674 | Terrance De Lima Jr. | 06/17/26 | 06/16/27 | 2,100.00 | $25,200.00 | $98.52 | **$2,198.52** | 2,350.00 |
| BLDG I | 2004 | 674 | Phil Andrews | 01/01/25 | 12/31/26 | 2,300.00 | $27,600.00 | $108.38 | **$2,408.38** | 0.00 |
| BLDG I | 2005 | 674 | Landon Carter Laser Construction | 01/01/25 | 12/31/26 | 2,850.00 | $34,200.00 | $128.25 | **$2,978.25** | 0.00 |
| BLDG I | 2006 | 674 | William Bal | 05/22/26 | 05/21/27 | 2,300.00 | $27,600.00 | $108.38 | **$2,408.38** | 2,300.00 |
| BLDG K | 2101 | 674 | Koinonia Construction | 01/01/25 | 12/31/26 | 2,850.00 | $34,200.00 | $128.25 | **$2,978.25** | 0.00 |
| BLDG K | 2102 | 674 | Koinonia Construction | 01/01/25 | 12/31/26 | 2,850.00 | $34,200.00 | $128.25 | **$2,978.25** | 0.00 |
| BLDG K | 2103 | 674 | Lacen Quanan | 12/01/24 | 11/30/26 | 2,500.00 | $30,000.00 | $112.50 | **$2,612.50** | 1,325.00 |
| BLDG K | 2104 | 674 | Koinonia Construction | 01/01/25 | 12/31/26 | 2,850.00 | $34,200.00 | $128.25 | **$2,978.25** | 0.00 |
| BLDG K | 2105 | 674 | Koinonia Construction | 01/01/25 | 12/31/26 | 2,850.00 | $34,200.00 | $128.25 | **$2,978.25** | 0.00 |
| BLDG K | 2106 | 674 | David Echeverria | 05/25/26 | 11/24/26 | 2,300.00 | $27,600.00 | $108.38 | **$2,408.38** | 2,300.00 |
| BLDG L | 2201 | 674 | Juan Carlos Laya Quintanilla | 05/25/26 | 05/24/27 | 2,300.00 | $27,600.00 | $108.38 | **$2,408.38** | 2,300.00 |
| BLDG L | 2202 | 674 | LLC Components | 01/01/25 | 12/31/26 | 3,060.00 | $36,720.00 | $137.70 | **$3,197.70** | 0.00 |
| BLDG L | 2203 | 674 | Kirk Lee Aeder | 02/26/26 | 08/25/26 | 2,300.00 | $27,600.00 | $108.38 | **$2,408.38** | 2,300.00 |
| BLDG L | 2204 | 674 | LLC Components | 01/01/25 | 12/31/26 | 3,060.00 | $36,720.00 | $137.70 | **$3,197.70** | 0.00 |
| BLDG L | 2205 | 674 | Jordy Enrique Ordonez | 02/12/26 | 02/16/27 | 2,600.00 | $31,200.00 | $122.51 | **$2,722.51** | 2,600.00 |
| BLDG L | 2206 | 674 | Lance & Rejena Yamamoto | 01/15/26 | 01/14/27 | 2,300.00 | $27,600.00 | $108.38 | **$2,408.38** | 2,300.00 |
| BLDG M | 2301 | 674 | Cassie Lund | 03/28/26 | 03/31/27 | 2,300.00 | $27,600.00 | $108.38 | **$2,408.38** | 2,300.00 |
| BLDG M | 2302 | 674 | VACANT | | | | $0.00 | | **$0.00** | |
| BLDG M | 2303 | 674 | Lee Weiser | 04/15/25 | 04/14/27 | 2,500.00 | $30,000.00 | $112.50 | **$2,612.50** | 1,825.00 |
| BLDG N | 2401 | 674 | VACANT | | | | $0.00 | | **$0.00** | |
| BLDG N | 2402 | 674 | Timothy Bergstresser | 10/01/25 | 09/30/26 | 2,500.00 | $30,000.00 | $112.50 | **$2,612.50** | 1,250.00 |
| BLDG N | 2403 | 674 | Rianna Yoneda | 11/01/25 | 10/31/26 | 2,500.00 | $30,000.00 | $112.50 | **$2,612.50** | 1,250.00 |
| BLDG N | 2404 | 674 | Maui Esteban | 11/28/25 | 11/30/26 | 2,500.00 | $30,000.00 | $112.50 | **$2,612.50** | 1,250.00 |
| BLDG N | 2405 | 674 | Meridian Pacific | 12/01/24 | 11/30/26 | 3,060.00 | $36,720.00 | $137.70 | **$3,197.70** | 0.00 |
| BLDG N | 2406 | 674 | David Ivan Rembao Acosta | 05/08/26 | 05/07/27 | 2,300.00 | $27,600.00 | $108.38 | **$2,408.38** | 2,300.00 |
| BLDG O | 2501 | 674 | Damaris Shantall Vergas Coaquira | 04/03/26 | 10/02/26 | 2,300.00 | $27,600.00 | $108.38 | **$2,408.38** | 2,300.00 |
| BLDG O | 2502 | 674 | Meridian Pacific | 12/01/24 | 11/30/26 | 3,060.00 | $36,720.00 | $137.70 | **$3,197.70** | 0.00 |
| BLDG O | 2503 | 674 | Julius Agpalza | 05/10/26 | 05/09/27 | 2,300.00 | $27,600.00 | $108.38 | **$2,408.38** | 2,300.00 |
| BLDG O | 2504 | 674 | Kona Investors Rosewood Resorts | 07/01/25 | 06/30/27 | 2,600.00 | $31,200.00 | $117.00 | **$2,717.00** | 500.00 |
| BLDG O | 2505 | 674 | Services LLC Invictus | 12/15/24 | 12/14/26 | 3,060.00 | $36,720.00 | $137.70 | **$3,197.70** | 0.00 |
| BLDG O | 2506 | 674 | Jose Hernandez Reyes | 05/01/26 | 04/30/27 | 2,300.00 | $27,600.00 | $108.38 | **$2,408.38** | 2,300.00 |
| BLDG P | 2601 | 674 | Kona Investors Rosewood Resorts | 07/01/25 | 06/30/27 | 2,600.00 | $31,200.00 | $117.00 | **$2,717.00** | 500.00 |
| BLDG P | 2602 | 674 | Briana Montanez | 01/05/25 | 02/28/27 | 2,500.00 | $30,000.00 | $112.50 | **$2,612.50** | 1,325.00 |
| BLDG P | 2603 | 674 | Alexis Adams | 09/01/25 | 08/31/26 | 2,500.00 | $30,000.00 | $112.50 | **$2,612.50** | 3,000.00 |
| BLDG P | 2604 | 674 | Tyler Meyer | 05/25/25 | 05/31/27 | 2,650.00 | $31,800.00 | $119.25 | **$2,769.25** | 1,325.00 |
| BLDG P | 2605 | 674 | VACANT | | | | $0.00 | | **$0.00** | |
| BLDG P | 2606 | 674 | Kahealani Torres | 10/01/25 | 09/30/26 | 2,400.00 | $28,800.00 | $108.00 | **$2,508.00** | 2,400.00 |
| BLDG Q | 2701 | 674 | Lincoln Kakiva | 09/01/24 | 08/31/26 | 2,650.00 | $31,800.00 | $119.25 | **$2,769.25** | 2,650.00 |
| BLDG Q | 2702 | 674 | Meriden Pacific | 06/01/25 | 05/30/27 | 2,850.00 | $34,200.00 | $128.25 | **$2,978.25** | 0.00 |
| BLDG Q | 2703 | 674 | Kona Investors Rosewood Resorts | 12/01/24 | 05/31/27 | 2,600.00 | $31,200.00 | $117.00 | **$2,717.00** | 500.00 |
| BLDG Q | 2704 | 674 | LIPA Management | 10/01/24 | 10/31/26 | 2,850.00 | $34,200.00 | $128.25 | **$2,978.25** | 2,850.00 |
| BLDG Q | 2705 | 674 | LIPA Management | 10/01/24 | 10/31/26 | 2,850.00 | $34,200.00 | $128.25 | **$2,978.25** | 2,850.00 |
| BLDG Q | 2706-F | 674 | VACANT | | | | $0.00 | | **$0.00** | |
| BLDG R | 2801 | 674 | Diego Alejandro Ramirez Lopez | 02/03/26 | 08/02/26 | 2,600.00 | $31,200.00 | $122.51 | **$2,722.51** | 2,600.00 |
| BLDG R | 2802-F | 674 | Kona Investors Rosewood | 03/20/26 | 09/19/26 | 2,850.00 | $34,200.00 | $134.29 | **$2,984.29** | 500.00 |
| BLDG R | 2803-F | 674 | Kona Investors Rosewood | 03/20/26 | 09/19/26 | 2,850.00 | $34,200.00 | $134.29 | **$2,984.29** | 500.00 |
| BLDG R | 2804 | 674 | VACANT | | | | $0.00 | | **$0.00** | |
| BLDG R | 2805-F | 674 | VACANT | | | | $0.00 | | **$0.00** | |
| BLDG R | 2806-F | 674 | Peter Andrews | 05/31/26 | 05/30/27 | 2,600.00 | $31,200.00 | $122.51 | **$2,722.51** | 1,000.00 |
| BLDG A | 2901 | 674 | Manual Jose Salgado | 01/23/26 | 07/21/26 | 2,600.00 | $31,200.00 | $122.51 | **$2,722.51** | 2,600.00 |
| BLDG A | 2902 | 674 | VACANT | | | | $0.00 | | **$0.00** | |
| BLDG A | 2903 | 674 | VACANT | | | | $0.00 | | **$0.00** | |
| BLDG A | 2904 | 674 | Kona Investors Rosewood Resorts | 07/01/25 | 06/30/27 | 2,600.00 | $31,200.00 | $117.00 | **$2,717.00** | 500.00 |
| BLDG A | 2905 | 674 | VACANT | | | | $0.00 | | **$0.00** | |
| BLDG A | 2906 | 674 | Daniel Rosing | 02/01/25 | 02/28/27 | 2,650.00 | $31,800.00 | $119.25 | **$2,769.25** | 2,650.00 |
| BLDG B | 3001 | 674 | LIPA Management | 11/01/24 | 10/31/26 | 2,850.00 | $34,200.00 | $128.25 | **$2,978.25** | 2,850.00 |
| BLDG B | 3002 | 674 | Kona Investors Rosewood Resorts | 11/21/24 | 05/31/27 | 2,600.00 | $31,200.00 | $117.00 | **$2,717.00** | 500.00 |
| BLDG B | 3003 | 674 | Serena Henshaw | 12/01/25 | 11/30/26 | 2,500.00 | $30,000.00 | $112.50 | **$2,612.50** | 1,750.00 |
| BLDG B | 3004 | 674 | Bryan Bowen | 05/01/26 | 04/30/27 | 2,300.00 | $27,600.00 | $108.38 | **$2,408.38** | |
| BLDG B | 3005 | 674 | Mateo Trujilo Murcia | 04/01/26 | 09/30/26 | 3,000.00 | $36,000.00 | $141.36 | **$3,141.36** | 2,500.00 |
| BLDG B | 3006 | 674 | Samuel Moxley | 10/24/24 | 05/31/26 | 2,850.00 | $34,200.00 | $128.25 | **$2,978.25** | 2,850.00 |
| BLDG D | 3101 | 674 | Kona Investors Rosewood Resorts | 11/21/24 | 05/31/27 | 2,600.00 | $31,200.00 | $117.00 | **$2,717.00** | 500.00 |
| BLDG D | 3102 | 674 | Kona Investors Rosewood Resorts | 11/21/24 | 05/31/27 | 2,600.00 | $31,200.00 | $117.00 | **$2,717.00** | 500.00 |
| BLDG D | 3103 | 674 | Kona Investors Rosewood Resorts | 11/21/24 | 05/31/27 | 2,600.00 | $31,200.00 | $117.00 | **$2,717.00** | 500.00 |
| BLDG D | 3104 | 674 | Mauna Lani | 12/01/24 | 05/31/27 | 2,600.00 | $31,200.00 | $117.00 | **$2,717.00** | 500.00 |
| BLDG D | 3105 | 674 | VACANT | | | | $0.00 | | **$0.00** | |
| BLDG D | 3106 | 674 | VACANT | | | | $0.00 | | **$0.00** | |
| BLDG C | 3201 | 674 | VACANT | | | | $0.00 | | **$0.00** | |
| BLDG C | 3202 | 674 | Kiley Hollowsy | 02/01/25 | 07/31/26 | 2,500.00 | $30,000.00 | $112.50 | **$2,612.50** | 2,650.00 |
| BLDG C | 3203 | 674 | Shane McDonnell | 04/01/25 | 09/30/26 | 2,650.00 | $31,800.00 | $119.25 | **$2,769.25** | 1,325.00 |
| BLDG C | 3204 | 674 | Robert Lopez | 06/01/26 | 05/31/27 | 2,100.00 | $25,200.00 | $98.95 | **$2,198.95** | 2,100.00 |
| BLDG C | 3205 | 674 | David Perez | 12/01/24 | 06/30/26 | 2,650.00 | $31,800.00 | $119.25 | **$2,769.25** | 1,825.00 |
| BLDG C | 3206 | 674 | Jasmine Hill | 04/01/25 | 03/31/27 | 2,300.00 | $27,600.00 | $108.38 | **$2,408.38** | 2,650.00 |
| BLDG E | 3301 | 674 | Erik Rojas Flores | 04/26/25 | 10/25/26 | 2,850.00 | $34,200.00 | $128.25 | **$2,978.25** | 1,425.00 |
| BLDG E | 3302 | 674 | Kona Investors Rosewood Resorts | 07/01/25 | 06/30/27 | 2,600.00 | $31,200.00 | $117.00 | **$2,717.00** | 500.00 |
| BLDG E | 3303 | 674 | Dugan Kanta | 02/20/26 | 08/19/26 | 2,600.00 | $31,200.00 | $122.51 | **$2,722.51** | 2,600.00 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| BLDG E | 3304-F | 674 | VACANT | | | | | $0.00 | | $0.00 | |
| BLDG E | 3305-F | 674 | Dominic Van Vu | 06/05/26 | 06/04/27 | 2,300.00 | $27,600.00 | $108.38 | $2,408.38 | 2,300.00 |
| BLDG E | 3306 | 674 | Kyra Kapuahinimaikaiokalani | 09/01/25 | 08/31/27 | 2,500.00 | $30,000.00 | $112.50 | $2,612.50 | 2,500.00 |
| BLDG F | 3401 | 674 | VACANT | | | | | $0.00 | | $0.00 | |
| BLDG F | 3402 | 674 | LLC Components | 01/01/25 | 12/31/26 | 3,060.00 | $36,720.00 | $137.70 | $3,197.70 | 0.00 |
| BLDG F | 3403 | 674 | VACANT | | | | | $0.00 | | $0.00 | |
| BLDG F | 3404 | 674 | Construction Koninonia | 01/01/25 | 12/31/26 | 2,850.00 | $34,200.00 | $128.25 | $2,978.25 | 0.00 |
| BLDG F | 3405 | 674 | Construction Koninonia | 01/01/25 | 12/31/26 | 2,850.00 | $34,200.00 | $128.25 | $2,978.25 | 0.00 |
| BLDG F | 3406 | 674 | Construction Koninonia | 01/01/25 | 12/31/26 | 2,850.00 | $34,200.00 | $128.25 | $2,978.25 | 0.00 |
| BLDG G | 3501 | 674 | James Peterson | 03/01/25 | 02/28/27 | 2,650.00 | $31,800.00 | $119.25 | $2,769.25 | 1,325.00 |
| BLDG G | 3502 | 674 | Logan Moleni | 10/01/25 | 09/30/26 | 2,500.00 | $30,000.00 | $112.50 | $2,612.50 | 1,750.00 |
| BLDG G | 3503 | 674 | Jessica Jones (MP EE) | 04/01/26 | 03/31/27 | 0.00 | $0.00 | $0.00 | $0.00 | 0.00 |
| BLDG G | 3504 | 674 | Maksym | 06/01/26 | 05/31/27 | 1,300.00 | $15,600.00 | $61.26 | $1,361.26 | 0.00 |
| BLDG G | 3505 | 674 | Shayla Delacruz | 10/01/25 | 09/30/26 | 2,500.00 | $30,000.00 | $112.50 | $2,612.50 | 1,750.00 |
| BLDG G | 3506 | 674 | Alex Young | 09/01/25 | 08/31/26 | 2,500.00 | $30,000.00 | $112.50 | $2,612.50 | 1,750.00 |
| BLDG H | 3601 | 674 | Brent Corbridge | 11/14/25 | 11/30/26 | 2,291.39 | $27,496.68 | $103.11 | $2,394.50 | 1,250.00 |
| BLDG H | 3602 | 674 | MP Saxson | 03/01/25 | 12/31/26 | 2,850.00 | $34,200.00 | $128.25 | $2,978.25 | 0.00 |
| BLDG H | 3603 | 674 | Logan Coert | 12/01/25 | 05/31/27 | 2,300.00 | $27,600.00 | $103.50 | $2,403.50 | 1,150.00 |
| | | | | | | $222,301.39 | $2,667,616.68 | $10,148.59 | $232,449.98 | $116,250.00 |