PREMIERBANK
EXPECT MORE

16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000

FINANCIAL SERVICES STATEMENT

WAIKOLOA VILLAGE LOFTS WEST, LLC
DEBTOR IN POSSESSION
CASE NO 26-20761-JRS
94-050 FARRINGTON HWY
SUITE E1-3
WAIPAHU HI 96797

Statement Date: **08/31/2026** Account No.: [redacted]**5813** Page: **1**

## ACCOUNTS AT A GLANCE

| Account No. | Sub Acct. | Account Title | Acct Type | Balance |
|---|---|---|---|---|
| [redacted]5813 | | DIP | Deposit | 14,290.55 |

**Your Total Deposits = 14,290.55 And Your Total Loans = .00**

## DIP SUMMARY

**Type : REG Status : Active**

| Category | Number | Amount |
|---|---|---|
| Balance Forward From 07/31/26 | | 14,597.78 |
| Deposits | 3 | 10,350.38+ |
| Debits | 12 | 111,410.15 |
| Automatic Withdrawals | 1 | 1,359.00 |
| Automatic Deposits | 27 | 102,105.25+ |
| Interest Added This Statement | | 6.29+ |
| Ending Balance On 08/31/26 | | 14,290.55 |
| **Annual Percentage Yield Earned** | **0.25%** | |
| **Interest Paid This Year** | **9.07** | |
| **Average Balance (Ledger)** | **29,628.56+** | |

**Direct Inquiries About Electronic Entries To:**
Phone: (402) 558-8000

## ALL CREDIT ACTIVITY

| Date | Type | Amount | Date | Type | Amount | Date | Type | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/04/26 | Deposit | 2,769.25 | 08/11/26 | Deposit | 5,177.63 | 08/12/26 | Deposit | 2,403.50 |

| Date | Description | Amount |
|---|---|---|
| 08/03/26 | MPFINANCIALGROUP SETTLEMENT | 7,985.25 |
| 08/04/26 | MPFINANCIALGROUP SETTLEMENT | 6,304.75 |
| 08/05/26 | YARDI CARD DEP WEST-PBTRA | 2,769.25 |
| 08/05/26 | YARDI CARD DEP WEST-PBTRA | 4,199.00 |
| 08/05/26 | MPFINANCIALGROUP SETTLEMENT | 12,659.56 |
| 08/07/26 | MPFINANCIALGROUP SETTLEMENT | 2,612.50 |
| 08/07/26 | YARDI CARD DEP WEST-PBTRA | 12,776.77 |
| 08/10/26 | MPFINANCIALGROUP SETTLEMENT | 2,408.38 |

**Continued**

PREMIERBANK
EXPECT MORE
16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000

FINANCIAL SERVICES STATEMENT

Statement Date: **08/31/2026** Account No.: [redacted]**5813** Page: **2**

## *ALL CREDIT ACTIVITY (cont.)*

| Date | Description | Amount |
|---|---|---|
| 08/10/26 | MPFINANCIALGROUP SETTLEMENT | 2,769.25 |
| 08/10/26 | YARDI CARD DEP WEST-PBTRA | 3,708.38 |
| 08/11/26 | YARDI CARD DEP WEST-PBTRA | 1,535.00 |
| 08/11/26 | MPFINANCIALGROUP SETTLEMENT | 5,491.76 |
| 08/12/26 | MPFINANCIALGROUP SETTLEMENT | 2,978.25 |
| 08/12/26 | YARDI CARD DEP WEST-PBTRA | 4,816.76 |
| 08/13/26 | YARDI CARD DEP WEST-PBTRA | 923.25 |
| 08/13/26 | YARDI CARD DEP WEST-PBTRA | 2,300.00 |
| 08/14/26 | YARDI CARD DEP WEST-PBTRA | 1,800.00 |
| 08/17/26 | MPFINANCIALGROUP SETTLEMENT | 2,408.38 |
| 08/17/26 | MPFINANCIALGROUP SETTLEMENT | 5,117.80 |
| 08/17/26 | YARDI CARD DEP WEST-PBTRA | 5,957.25 |
| 08/19/26 | YARDI CARD DEP WEST-PBTRA | 3,108.88 |
| 08/20/26 | YARDI CARD DEP WEST-PBTRA | 608.38 |
| 08/25/26 | YARDI CARD DEP WEST-PBTRA | 1,300.00 |
| 08/26/26 | YARDI CARD DEP WEST-PBTRA | 425.00 |
| 08/28/26 | YARDI CARD DEP WEST-PBTRA | 200.00 |
| 08/31/26 | INTEREST PAID | 6.29 |
| 08/31/26 | MPFINANCIALGROUP SETTLEMENT | 2,408.38 |
| 08/31/26 | MPFINANCIALGROUP SETTLEMENT | 2,533.07 |

## *CHECKS AND OTHER DEBITS*

*** indicates a gap in the check numbers**

| Date | Check # | Amount | Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|---|---|---|
| 08/04/26 | 107 | 392.67 | 08/17/26 | 112 | 649.44 | 08/18/26 | 117 | 1,251.62 |
| 08/04/26 | 109* | 168.00 | 08/11/26 | 113 | 55,000.00 | 08/18/26 | 118 | 11,920.93 |
| 08/04/26 | 110 | 735.00 | 08/20/26 | 115* | 3,612.56 | 08/18/26 | 119 | 11,920.93 |
| 08/05/26 | 111 | 9,363.00 | 08/26/26 | 116 | 3,000.00 | 08/27/26 | 121* | 13,396.00 |

## *ELECTRONIC DEBITS*

| Date | Description | Amount |
|---|---|---|
| 08/19/26 | QUARTERLY FEE PAYMENT | 1,359.00 |

**Continued**

PREMIERBANK
EXPECT MORE
16802 Burke Street
Omaha, NE 68118
www.premierbankne.com
Direct inquiries to: 402-558-8000

Member FDIC

FINANCIAL SERVICES STATEMENT

Statement Date: **08/31/2026** Account No.: [redacted]**5813** Page: **3**

## *OVERDRAFT FEE SUMMARY*

| | Total For This Period | Total Year-To-Date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

## *DAILY BALANCE SUMMARY*

Beginning Ledger Balance on 07/31/26 was 14,597.78

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 08/03/26 | 22,583.03 | 08/12/26 | 32,304.35 | 08/20/26 | 23,813.81 |
| 08/04/26 | 30,361.36 | 08/13/26 | 35,527.60 | 08/25/26 | 25,113.81 |
| 08/05/26 | 40,626.17 | 08/14/26 | 37,327.60 | 08/26/26 | 22,538.81 |
| 08/07/26 | 56,015.44 | 08/17/26 | 50,161.59 | 08/27/26 | 9,142.81 |
| 08/10/26 | 64,901.45 | 08/18/26 | 25,068.11 | 08/28/26 | 9,342.81 |
| 08/11/26 | 22,105.84 | 08/19/26 | 26,817.99 | 08/31/26 | 14,290.55 |

**This Statement Cycle Reflects 31 Days**

**The Interest Earned And The Annual Percentage Yield Earned Are Based On The Period 08/01/2026 Through 08/31/2026**

EFFECTIVE JANUARY 1, 2026, PREMIER BANK WILL BEGIN CHARGING $5 PER MONTH PER ACCOUNT FOR PRINTED/MAILED STATEMENTS. E-STATEMENTS WILL REMAIN FREE. TO ENROLL IN E-STATEMENTS GO TO WWW.PREMIERBANKNE.COM OR CALL 402-558-8000.

PREMIERBANK
EXPECT MORE

| | | | |
|---|---|---|---|
| WAIKOLOA VILLAGE LOFTS WEST, LLC | | Bank : | 834 |
| Account No. : | [redacted]5813 | Images : | 15 |
| Stmt. Date : | 08/31/2026 | Page : | 4 |

# IMAGE STATEMENT

Record Of Deposit

Institution: Premier Bank National Association
Date: 8/4/2026 1:10:07 PMPT
Receipt Number: 621671502
Deposit Account Number: [redacted]5813
Total Transaction Amount: $2769.25
Deposit Channel: Mobile

**AMT: 2,769.25 CHK: DATE: 08/04/2026 SEQ: 40001330 STS: Deposit**

BACK IMAGE

**AMT: 2,769.25 CHK: DATE: 08/04/2026 SEQ: 40001330 STS: Deposit**

Record Of Deposit

Institution: Premier Bank National Association
Date: 8/10/2026 2:31:19 PMPT
Receipt Number: 622272368
Deposit Account Number: [redacted]5813
Total Transaction Amount: $5177.63
Deposit Channel: Mobile

**AMT: 5,177.63 CHK: DATE: 08/11/2026 SEQ: 40000150 STS: Deposit**

BACK IMAGE

**AMT: 5,177.63 CHK: DATE: 08/11/2026 SEQ: 40000150 STS: Deposit**

PREMIERBANK
EXPECT MORE

| | | | |
|---|---|---|---|
| WAIKOLOA VILLAGE LOFTS WEST, LLC | | Bank : | 834 |
| Account No. : | [redacted]5813 | Images : | 15 |
| Stmt. Date : | 08/31/2026 | Page : | 5 |

## IMAGE STATEMENT

Record Of Deposit

Institution: Premier Bank National Association
Date: 8/12/2026 12:09:49 PMPT
Receipt Number: 622472621
Deposit Account Number: [redacted]5813
Total Transaction Amount: $2403.50
Deposit Channel: Mobile

**AMT: 2,403.50 CHK: DATE: 08/12/2026 SEQ: 40000540 STS: Deposit**

BACK IMAGE

**AMT: 2,403.50 CHK: DATE: 08/12/2026 SEQ: 40000540 STS: Deposit**


WAIKOLOA VILLAGE LOFTS WEST, LLC
Debtor in Possession
94-050 Farrington Hwy, Suite E1-3
Waipahu, HI 96797
Case No. 26-20761-JRS

Premier Bank
4318 Dodge St.
Omaha, NE 68131

107

07/22/2026

PAY TO THE ORDER OF Will Kill Termites and Pests $$392.67*****

**** THREE HUNDRED NINETY TWO AND 67/100 DOLLARS DOLLARS

Will Kill Termites and Pests
PO Box 7071
MEMO Hilo, HI 96720

[redacted]5813⑈

**AMT: 392.67 CHK: 107 DATE: 08/04/2026 SEQ: 80400180 STS: Paid**


2026-08-03 CaptureAPIHW BR#20 DR#38
AENGLE@FHB.COM 0020TW-7K9VY84 FHB NET DepositChecking TRANCK
seq# 00320380820049 core seq# 82
runid 2b174171-6c22-4cb0-ace0-0cfd058f4c86
itemid b7f7739-9064-4860-bedb-66db4d86e497

For Deposit Only,
[redacted] Will Kill Termites & Pe

**AMT: 392.67 CHK: 107 DATE: 08/04/2026 SEQ: 80400180 STS: Paid**

PREMIERBANK
EXPECT MORE

WAIKOLOA VILLAGE LOFTS WEST, LLC
Account No. : [redacted]5813
Stmt. Date : 08/31/2026

Bank : 834
Images : 15
Page : 6

**IMAGE STATEMENT**


WAIKOLOA VILLAGE LOFTS WEST, LLC
Debtor in Possession
94-050 Farrington Hwy, Suite E1-3
Waipahu, HI 96797
Case No. 26-20761-JRS

Premier Bank
4318 Dodge St.
Omaha, NE 68131

109

07/22/2026

PAY TO THE ORDER OF Tamara Garay Independent Consultant LLC $$168.00*****

**** ONE HUNDRED SIXTY EIGHT AND 00/100 DOLLARS DOLLARS

Tamara Garay Independent Consultant LLC
123 Heritage Court
Manteca, CA 95337

MEMO

[redacted]5813

**AMT: 168.00 CHK: 109 DATE: 08/04/2026 SEQ: 80000250 STS: Paid**




**AMT: 168.00 CHK: 109 DATE: 08/04/2026 SEQ: 80000250 STS: Paid**


WAIKOLOA VILLAGE LOFTS WEST, LLC
Debtor in Possession
94-050 Farrington Hwy, Suite E1-3
Waipahu, HI 96797
Case No. 26-20761-JRS

Premier Bank
4318 Dodge St.
Omaha, NE 68131

110

07/22/2026

PAY TO THE ORDER OF Weener Nathan Phillips LLP $$735.00*****

**** SEVEN HUNDRED THIRTY FIVE AND 00/100 DOLLARS DOLLARS

5887 Glenridge Drive NE, Ste 275
Atlanta, GA 30328

MEMO

[redacted]813

**AMT: 735.00 CHK: 110 DATE: 08/04/2026 SEQ: 80002360 STS: Paid**




**AMT: 735.00 CHK: 110 DATE: 08/04/2026 SEQ: 80002360 STS: Paid**

PREMIERBANK
EXPECT MORE

WAIKOLOA VILLAGE LOFTS WEST, LLC

| | | | |
|---|---|---|---|
| Account No. : | [redacted]5813 | Bank : | 834 |
| Stmt. Date : | 08/31/2026 | Images : | 15 |
| | | Page : | 7 |

# IMAGE STATEMENT



WAIKOLOA VILLAGE LOFTS WEST, LLC
Debtor in Possession
94-050 Farrington Hwy, Suite E1-3
Waipahu, HI 96797
Case No. 26-20761-JRS

Premier Bank
4318 Dodge St.
Omaha, NE 68131

111

08/04/2026

PAY TO THE ORDER OF MP Financial Group, Ltd. $$9,363.00***

**** NINE THOUSAND THREE HUNDRED SIXTY THREE AND 00/100 DOLLARS

Meridian Pacific Ltd
1801 Tiburon Blvd., Ste. 800
MEMO Tiburon, CA 94920

AUTHORIZED SIGNATURE

[redacted]813

AMT: 9,363.00 CHK: 111 DATE: 08/05/2026 SEQ: 80102050 STS: Paid



[redacted]

MP Financial Group Ltd

AMT: 9,363.00 CHK: 111 DATE: 08/05/2026 SEQ: 80102050 STS: Paid



WAIKOLOA VILLAGE LOFTS WEST, LLC
Debtor in Possession
94-050 Farrington Hwy, Suite E1-3
Waipahu, HI 96797
Case No. 26-20761-JRS

Premier Bank
4318 Dodge St.
Omaha, NE 68131

112

08/07/2026

PAY TO THE ORDER OF Briana Montanez $$649.44*****

**** SIX HUNDRED FORTY NINE AND 44/100 DOLLARS

94-050 Farrington Hwy 2602
Waipahu, HI 96797
MEMO

AUTHORIZED SIGNATURE

[redacted]13

AMT: 649.44 CHK: 112 DATE: 08/17/2026 SEQ: 80000450 STS: Paid




AMT: 649.44 CHK: 112 DATE: 08/17/2026 SEQ: 80000450 STS: Paid

PREMIERBANK
EXPECT MORE

WAIKOLOA VILLAGE LOFTS WEST, LLC Bank : 834
Account No. : [redacted]5813 Images : 15
Stmt. Date : 08/31/2026 Page : 8

**IMAGE STATEMENT**

WAIKOLOA VILLAGE LOFTS WEST, LLC
Debtor in Possession
94-050 Farrington Hwy, Suite E1-3
Waipahu, HI 96797
Case No. 26-20761-JRS

Premier Bank
4318 Dodge St.
Omaha, NE 68131

113

08/10/2026

PAY TO THE ORDER OF Waikoloa Village Lofts West, LLC $$55,000.00**

**** FIFTY FIVE THOUSAND AND 00/100 DOLLARS

94-050 Farrington Hwy
Suite E1-3
MEMO Waipahu, HI 96797

AUTHORIZED SIGNATURE

[redacted]813⑈

**AMT: 55,000.00 CHK: 113 DATE: 08/11/2026 SEQ: 80400100 STS: Paid**

2026-08-10 CaptureARHW BR#59 DR#06,
JPAGDILAO@FHB.COM 0059TW-HZS24D4 FHB NET Deposit Checking TRANCK
seq# 0105900230001 core seq# 236
f8e10ca0-12f5-4120-a453-e56574af1210
8872eebe-fda9-42a6-89d7-53352c399d00

[redacted]

**AMT: 55,000.00 CHK: 113 DATE: 08/11/2026 SEQ: 80400100 STS: Paid**

WAIKOLOA VILLAGE LOFTS WEST, LLC
Debtor in Possession
94-050 Farrington Hwy, Suite E1-3
Waipahu, HI 96797
Case No. 26-20761-JRS

Premier Bank
4318 Dodge St.
Omaha, NE 68131

115

08/12/2026

PAY TO THE ORDER OF Kali Kai LLC $$3,612.56***

**** THREE THOUSAND SIX HUNDRED TWELVE AND 56/100 DOLLARS

Kali Kai LLC
69 Railroad Ave. Bay A17
MEMO Hilo, HI 96720

AUTHORIZED SIGNATURE

[redacted]813⑈

**AMT: 3,612.56 CHK: 115 DATE: 08/20/2026 SEQ: 80002800 STS: Paid**

0002728008

>321370765<
BR0002
[redacted]498

For deposit with
AMERICAN SAVINGS BANK FSB (80-19)
to the credit of the payee

**AMT: 3,612.56 CHK: 115 DATE: 08/20/2026 SEQ: 80002800 STS: Paid**

PREMIERBANK
EXPECT MORE

**WAIKOLOA VILLAGE LOFTS WEST, LLC** | **Bank :** 834
**Account No. :** [redacted]5813 | **Images :** 15
**Stmt. Date :** 08/31/2026 | **Page :** 9

# IMAGE STATEMENT

WAIKOLOA VILLAGE LOFTS WEST, LLC
Debtor in Possession
94-050 Farrington Hwy, Suite E1-3
Waipahu, HI 96797
Case No. 26-20761-JRS

Premier Bank
4318 Dodge St.
Omaha, NE 68131

116

08/12/2026

PAY TO THE ORDER OF Tier 1 Accounting Solutions $$3,000.00***

**** THREE THOUSAND AND 00/100 DOLLARS

Tier 1 Accounting Solutions
1050 N Carpenter Rd Ste J
Modesto, CA 95351

MEMO

AUTHORIZED SIGNATURE

[redacted]5813

**AMT: 3,000.00 CHK: 116 DATE: 08/26/2026 SEQ: 80001830 STS: Paid**



**AMT: 3,000.00 CHK: 116 DATE: 08/26/2026 SEQ: 80001830 STS: Paid**

WAIKOLOA VILLAGE LOFTS WEST, LLC
Debtor in Possession
94-050 Farrington Hwy, Suite E1-3
Waipahu, HI 96797
Case No. 26-20761-JRS

Premier Bank
4318 Dodge St.
Omaha, NE 68131

117

08/12/2026

PAY TO THE ORDER OF Alert Alarm $$1,251.62***

**** ONE THOUSAND TWO HUNDRED FIFTY ONE AND 62/100 DOLLARS

Alert Alarm
P.O. Box 29220
Honolulu, HI 96820-1620

MEMO

AUTHORIZED SIGNATURE

[redacted]813

**AMT: 1,251.62 CHK: 117 DATE: 08/18/2026 SEQ: 80300210 STS: Paid**

[redacted]3612
FOR DEP FHB 41375
CR PAYEE ABS OF ENDORSE GUARANTEED

**AMT: 1,251.62 CHK: 117 DATE: 08/18/2026 SEQ: 80300210 STS: Paid**

PREMIERBANK
EXPECT MORE

| | | | |
|---|---|---|---|
| WAIKOLOA VILLAGE LOFTS WEST, LLC | | Bank : | 834 |
| Account No. : | [redacted]5813 | Images : | 15 |
| Stmt. Date : | 08/31/2026 | Page : | 10 |

# IMAGE STATEMENT


WAIKOLOA VILLAGE LOFTS WEST, LLC
Debtor in Possession
94-050 Farrington Hwy, Suite E1-3
Waipahu, HI 96797
Case No. 26-20761-JRS
Premier Bank
Omaha, NE
118
08/13/2026
PAY TO THE ORDER OF First Insurance Funding $11,920.93**
**** ELEVEN THOUSAND NINE HUNDRED TWENTY AND 93/100 DOLLARS
First Insurance Funding
450 Skokie Blvd., Ste 1000
Northbrook, IL 60062
MEMO
AUTHORIZED SIGNATURE
[redacted]

**AMT: 11,920.93 CHK: 118 DATE: 08/18/2026 SEQ: 80200520 STS: Paid**


BusinessCapture > 14345113000050 08/17/2026
08/17/2026
[redacted]

**AMT: 11,920.93 CHK: 118 DATE: 08/18/2026 SEQ: 80200520 STS: Paid**


WAIKOLOA VILLAGE LOFTS WEST, LLC
Debtor in Possession
94-050 Farrington Hwy, Suite E1-3
Waipahu, HI 96797
Case No. 26-20761-JRS
Premier Bank
Omaha, NE
119
08/13/2026
PAY TO THE ORDER OF First Insurance Funding $11,920.93**
**** ELEVEN THOUSAND NINE HUNDRED TWENTY AND 93/100 DOLLARS
First Insurance Funding
450 Skokie Blvd., Ste 1000
Northbrook, IL 60062
MEMO
AUTHORIZED SIGNATURE
[redacted]

**AMT: 11,920.93 CHK: 119 DATE: 08/18/2026 SEQ: 80200530 STS: Paid**


BusinessCapture > 14345113000060 08/17/2026
[redacted]

**AMT: 11,920.93 CHK: 119 DATE: 08/18/2026 SEQ: 80200530 STS: Paid**

PREMIERBANK
EXPECT MORE

WAIKOLOA VILLAGE LOFTS WEST, LLC
Account No. : [redacted]5813
Stmt. Date : 08/31/2026

Bank : 834
Images : 15
Page : 11

## IMAGE STATEMENT

WAIKOLOA VILLAGE LOFTS WEST, LLC
Debtor in Possession
94-050 Farrington Hwy, Suite E1-3
Waipahu, HI 96797
Case No. 26-20761-JRS

Premier Bank
4318 Dodge St.
Omaha, NE 68131

121

08/26/2026

PAY TO THE ORDER OF MP Financial Group LTD $$13,396.00**

**** THIRTEEN THOUSAND THREE HUNDRED NINETY SIX AND 00/100 DOLLARS DOLLARS

MP Financial Group LTD
94-050 Farrington Hwy., Suite E1-3
MEMO Waipahu, HI 96797

AUTHORIZED SIGNATURE

[redacted]5813

AMT: 13,396.00 CHK: 121 DATE: 08/27/2026 SEQ: 80102140 STS: Paid

[redacted]

AMT: 13,396.00 CHK: 121 DATE: 08/27/2026 SEQ: 80102140 STS: Paid

First Hawaiian Bank

Last statement: July 31, 2026
This statement: August 31, 2026
Total days in statement period: 31

WAIKOLOA VILLAGE LOFTS WEST LLC
94-050 FARRINGTON HWY SUITE E1-3
WAIPAHU HI 96797-1842

Page 1 of 1
[redacted]7051
( 0) Number of enclosure items

Direct inquiries to:
(808) 844-4444 or Toll Free
(888) 844-4444

CORPORATE BANKING DIVISION
999 BISHOP ST
HONOLULU HI 96813

## Business Free Checking

*GET A BUSINESS DEBIT CARD WITH YOUR BUSINESS CHECKING ACCOUNT AND BE ELIGIBLE TO RECEIVE REBATES ON QUALIFYING PURCHASES. TERMS AND CONDITIONS APPLY. VISIT EASYSAVINGS.COM. MEMBER FDIC*

| | |
|---|---|
| Account number | [redacted]7051 |
| Low balance | $10,617.70 |
| Average balance | $70,917.06 |

DAILY ACTIVITY

| Date | Description | Additions | Subtractions | Balance |
|---|---|---|---|---|
| 07-31 | Beginning balance | | | $118,828.74 |
| 08-03 | ' Fhb Online Fee | | -5.99 | 118,822.75 |
| 08-10 | Deposit | 55,000.00 | | 173,822.75 |
| 08-12 | Db Memo | | -163,205.05 | 10,617.70 |
| 08-13 | Cr Memo | 27,919.93 | | 38,537.63 |
| 08-24 | ' Preauthorized Trnsfr<br>Ch.ofJesusChrist PAYMENT<br>0008WAIKOLOA VILLAISA*00* *00* *ZZ*L<br>DS CHURCH *ZZ*WAIKOLOA VILLAG*260821 | 4,816.76 | | 43,354.39 |
| 08-31 | Ending totals | 87,736.69 | -163,211.04 | $43,354.39 |

## RECONCILIATION OF YOUR ACCOUNT

| DEPOSITS NOT CREDITED | |
|---|---|
| Date | Amount |
| | |
| | |
| | |
| | |
| | |
| | |
| **TOTAL** | **$** |

| CHECKS OUTSTANDING | | | | | |
|---|---|---|---|---|---|
| Check No. | Amount | Check No. | Amount | Check No. | Amount |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **TOTAL** | **$** |

| RECONCILIATION OF YOUR ACCOUNT | |
|---|---|
| ENTER ENDING BALANCE SHOWN ON THIS STATEMENT | |
| ADD TOTAL DEPOSITS NOT CREDITED | + |
| SUBTOTAL | = |
| SUBTRACT TOTAL CHECKS OUTSTANDING | - |
| **TOTAL** | = |
| YOUR BALANCE | |
| ADD INTEREST (IF ANY) | + |
| SUBTOTAL | = |
| SUBTRACT SERVICE CHARGE (IF ANY) | - |
| **TOTAL (SHOULD AGREE WITH THE TOTAL ABOVE)** | = |

### In Case of Errors or Questions About Your Account

It is important to examine your statement and report any discrepancies promptly. If you think there is an error on your statement, your receipt is wrong, or you need more information about a transaction listed on the statement or receipt, please immediately call or send a written dispute to the telephone or branch address listed on the first page of this statement.

You will lose any claim against us for unauthorized signatures or alterations by the same wrongdoer that you do not report within 30 days after the first statement showing that item is made available.

### In Case of Errors or Questions About Your Electronic Transfers
**(For Personal Accounts Only)**

Telephone us or Write us at the phone number or branch address shown on the first page of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared.

When reporting an error or requesting more information, please provide the following information: (1) your name and account number; (2) describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information; and (3) provide the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.