**IT IS ORDERED as set forth below:**

**Date: September 29, 2026**

**James R. Sacca**
**U.S. Bankruptcy Court Judge**

---

**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| WAIKOLOA VILLAGE LOFTS WEST, LLC, et al, | Case No. 26-20761-jrs (jointly administered) |
| Debtors. | |

**ORDER APPROVING JOINT MOTION OF CENTRAL PACIFIC BANK AND MP ELKO II, LLC FOR MODIFICATION AND EXTENSION OF LOAN AGREEMENTS**

This matter is before the Court on Central Pacific Bank (the "**Bank**") and Debtor MP Elko II, LLC ("**MP Elko**") Joint Motion for Order Approving Modification and Extension of Loan Agreements (the "**Motion**") [Dkt. No. 156] filed on September 4, 2026 seeking authority to enter into modified loan agreements consistent with the provisions of the term sheet (the "**Term Sheet**") attached to the Motion as Exhibit A. A copy of the proposed Second Amendment to Revolving Credit Agreement and Master Promissory Note, dated September 23, 2026 (the "**Amended Loan Agreement**") was filed on September 25, 2026.

It appearing that the relief requested in the Motion is in the best interest of MP Elko, its estate, creditors, and other parties in interest; that notice of the Motion and opportunity for a hearing on the Motion was appropriate under the circumstances; that any objections to the Motion have been withdrawn or overruled; that the provisions of the Amended Loan Agreement are consistent with the provisions of the Term Sheet; and this Court having reviewed the Motion and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. The Motion is GRANTED, as set forth herein.

2. The Bank and MP Elko are authorized to enter into the Amended Loan Agreement, which shall become effective immediately upon the entry of this order.

3. Debtor Gary L. Pinkston is authorized to extend his existing guaranty of MP Elko's obligations to the Bank to include the obligations of 2839 Ke Alaula LLC under the Amended Loan Agreement, as specified in Part IV. of the Amended Loan Agreement; provided, however, that notwithstanding anything contrary in the Amended Loan Agreement and/or any related documents, any claim brought against Mr. Pinkston on such guaranty shall constitute a prepetition claim against Mr. Pinkston's bankruptcy estate and shall not be afforded administrative expense status.

4. The Motion to Lift the Automatic Stay [Dkt. 106] filed by the Bank on June 30, 2026 is deemed withdrawn as it is mooted by this Order.

5. The Court shall retain jurisdiction to resolve any disputes involving this Order.

PREPARED BY:

SCROGGINS, WILLIAMSON & RAY, P.C.

/s/ J. Hayden Kepner, Jr.
J. ROBERT WILLIAMSON
Georgia Bar No. 765214
J. HAYDEN KEPNER, JR.
Georgia Bar No. 416616
4401 Northside Parkway
Suite 230
Atlanta, GA 30327
T: (404) 893-3880
E: rwilliamson@swlawfirm.com
hkepner@swlawfirm.com

**DISTRIBUTION LIST**

J. Hayden Kepner, Jr.
Scroggins, Williamson & Ray P.C.
4401 Northside Parkway
Suite 230
Atlanta, Georgia 30327

Ceci Christy
Rountree Leitman Klein & Geer
2987 Clairmont Road, NE
Suite 350
Atlanta, GA 30329