**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| IN RE:<br>WAIKOLOA VILLAGE LOFTS WEST, LLC, et al.,<br>Debtors.<br>Applies to: 5425 PAU A LAKA, LLC<br>(Case No. 26-20778-JRS) | CASE NO. 26-20761-JRS<br>CHAPTER 11<br>(Jointly Administered)<br><br>Case No. 26-20778-JRS (Claim No. 15)<br>Re: Doc. Nos. 189 & 201 |

BILEI LU,
Movant,
v.
5425 PAU A LAKA, LLC,
Respondent.

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 15 AND MOTION OF BILEI LU FOR ENTRY OF AN ORDER DEEMING PROOF OF CLAIM AGAINST 5425 PAU A LAKA, LLC TIMELY FILED OR, ALTERNATIVELY, EXTENDING THE BAR DATE AS TO MOVANT (DOC. 189)**

PLEASE TAKE NOTICE that Bilei Lu ("Movant"), pro se, pursuant to Federal Rule of Bankruptcy Procedure 3006(a), hereby withdraws, without prejudice: (1) Proof of Claim No. 15 filed on October 12, 2026 in Case No. 26-20778-JRS (In re 5425 Pau A Laka, LLC); and (2) the Motion of Bilei Lu for Entry of an Order Deeming Proof of Claim Against 5425 Pau A Laka, LLC Timely Filed or, Alternatively, Extending the Bar Date as to Movant, together with the accompanying Notice of Motion and Request for Hearing, Declaration, Exhibits, and Proposed Order (docketed on October 23, 2026 as Doc. No. 189 in Case No. 26-20761-JRS). No objection to Proof of Claim No. 15 or response to the Motion has been filed, no adversary proceeding has been filed against Movant, and no plan has been filed or voted upon. Movant respectfully requests that the virtual hearing scheduled for November 10, 2026 at 10:30 a.m. (Doc. No. 201) be taken off calendar.

Dated: October 26, 2026

______________________
Bilei Lu, pro se
21901 Normandie Ave, Torrance, CA 90501
323-717-1566 | releilure@gmail.com
Movant / Claimant

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on October 26, 2026, I caused the foregoing Notice of Withdrawal of Proof of Claim No. 15 and Motion (Doc. 189) to be sent for filing to the Clerk of the Court by United States Mail addressed to Clerk, United States Bankruptcy Court, 121 Spring Street SE, Room 120, Gainesville, GA 30501 (for docketing in Case No. 26-20761-JRS and Case No. 26-20778-JRS), with an electronic courtesy copy emailed to Chambers at JRSChambers@ganb.uscourts.gov. Upon docketing by the Clerk, electronic notice and service will be provided automatically via the Court's CM/ECF system to all registered counsel and parties of record, including Counsel for the Debtors and the Office of the United States Trustee.

Dated: October 26, 2026

______________________
Bilei Lu, pro se
21901 Normandie Ave, Torrance, CA 90501
323-717-1566 | releilure@gmail.com
Movant / Claimant

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA
2026 OCT 29 PM 3:25
VANIA S. ALLEN
CLERK
BY: ______
DEPUTY CLERK

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

From:
Bilei Lu
21901 Normandie Ave
Torrance, CA, 90501.

RATE ENVELOPE
■ ANY WEIGHT

free Package Pickup,
the QR code.

CLEARED SECURITY
OCT 29 2026
U.S. MARSHALS SERVICE
Gainesville, GA

To: Clerk
United States Bankruptcy court,
121 Spring Street SE, Room 120,
Gainesville, GA, 30501

.COM/PICKUP

S AT USPS.COM®
EE SUPPLIES ONLINE

001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

GUARANTEED* ▪ TRACKED ▪ INSURED