UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 26-20761-JRS |
| | ) | |
| WAIKOLOA VILLAGE LOFTS WEST, LLC, *et al.*, | ) | CHAPTER 11 |
| | ) | |
| | ) | WAIPAHU PROPERTIES, LLC |
| Debtors. | ) | WAIPAHU, LLC |
| | ) | WILLOW PLAZA, LLC |
| | ) | |
| | ) | Jointly Administered1 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

PLEASE TAKE NOTICE that Lamberth, Cifelli, Ellis & Nason, P.A. enters its appearance as counsel for Sunwest Bank, successor to Nano Banc, in the above-styled matter and requests that all notices given or required to be given in the above-referenced matter be given to and served on the following person:

G. Frank Nason, IV
Lamberth, Cifelli, Ellis & Nason, P.A.
6000 Lake Forrest Drive, NW, Suite 290
Atlanta, Georgia 30328
(404) 262-7373 (main)
(404) 495-4468 (direct)

Dated: November 1, 2026

LAMBERTH, CIFELLI, ELLIS & NASON, P.A.
*Counsel for Sunwest Bank*

By: */s/ G. Frank Nason, IV*
G. Frank Nason, IV
Georgia Bar No. 535160
fnason@lcenlaw.com

6000 Lake Forrest Drive, NW, Suite 290
Atlanta, Georgia 30328
(404) 495-4468

[1] Non-operating Debtors are 5425 Pau A Laka, LLC, Fletcher K, LLC, Gary L. Pinkston, Hawaii Real Estate Development, LLC, Kukuiula Vistas, LLC, MP Elk Grove, LLC, MP Elko II, LLC, MP Kauai HH Development Fund, LLC, MP Kauai QOZ Fund, LLC, MP Modesto, LLC, TC Clovis, LLC, The Gary & Janice Pinkston Family Trust, Waikoloa Village Hotel CWS, LLC, Waikoloa Village Hotel HIE, LLC, and Waikoloa Village Lofts South, LLC.

**Certificate of Service**

This is to certify that I have on this day electronically filed the foregoing *Notice of Appearance and Request for Notices* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

Dated: November 1, 2026

*/s/ G. Frank Nason, IV*
G. Frank Nason, IV
Georgia Bar No. 535160

6000 Lake Forrest Drive
Suite 290
Atlanta, Georgia 30328
(404) 262-7373