**IT IS ORDERED as set forth below:**

**Date: November 2, 2026**

**James R. Sacca**
**U.S. Bankruptcy Court Judge**

---

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**WAIKOLOA VILLAGE LOFTS WEST, LLC., *ET AL.*,**<br><br>**DEBTORS.**[1] | **CASE NO. 26-20761-JRS**<br><br>**CHAPTER 11**<br><br>**WAIPAHU PROPERTIES, LLC**<br>**WAIPAHU, LLC**<br>**WILLOW PLAZA, LLC**<br><br>**JOINTLY ADMINISTERED** |

**<u>ORDER GRANTING DEBTORS' EMERGENCY MOTION TO SHORTEN TIME AND FOR EXPEDITED HEARING ON EXPEDITED SECOND MOTION TO EXTEND THE EXCLUSIVE PERIODS DURING WHICH DEBTORS MAY FILE AND SOLICIT ACCEPTANCES OF A CHAPTER 11 PLAN AND NOTICE SCHEDULING EXPEDITED HEARING</u>**

On November 2, 2026, the above-captioned jointly administered Debtors (collectively, "**<u>Debtors</u>**"), through undersigned counsel, filed an **<u>Emergency Motion to Shorten Time and for</u>**

---

[1] The non-operating Debtors are **5425 PAU A LAKA, LLC, FLETCHER K, LLC, GARY L. PINKSTON, HAWAII REAL ESTATE DEVELOPMENT, LLC, KUKUIULA VISTAS, LLC, MP ELK GROVE, LLC, MP ELKO II, LLC, MP KAUAI HH DEVELOPMENT FUND, LLC, MP KAUAI QOZ FUND, LLC, MP MODESTO, LLC, TC CLOVIS, LLC, THE GARY & JANICE PINKSTON FAMILY TRUST, WAIKOLOA VILLAGE HOTEL CWS, LLC, WAIKOLOA VILLAGE HOTEL HIE, LLC,** and **WAIKOLOA VILLAGE LOFTS SOUTH, LLC.**

**Expedited Hearing on Expedited Second Motion to Extend to Extend the Exclusive Periods During Which Debtors May File and Solicit Acceptances of a Chapter 11 Plan and Notice Scheduling Expedited Hearing** [Doc. No. 211] (the "**Emergency Hearing Motion**") on Debtors' **Expedited Second Motion to Extend the Exclusive Periods During Which Debtors May File and Solicit Acceptances of a Chapter 11 Plan** (the "**Second Exclusivity Motion**") [Doc. No. 210] requesting that the Court hold a hearing on the Second Exclusivity Motion on an expedited basis. In the Second Exclusivity Motion, Debtors request that the Court enter an order, pursuant to 11 U.S.C. § 1121(d), extending the exclusive time period in which Debtors' may file a plan of reorganization and solicit acceptances of the plan from November 10, 2026 and January 9, 2027 through and including December 10, 2026 and February 9, 2027, respectively.

The Court having reviewed the Emergency Hearing Motion, and for good cause shown, it is hereby

**ORDERED AND NOTICE IS HEREBY GIVEN** as follows:

1. The Court will hold a hearing on the Second Exclusivity Motion at **10:30 a.m.** on **November 10, 2026** in **Courtroom 103, United States Courthouse, 121 Spring Street, SE, Gainesville, Georgia 30501**, which calendar call may be attended in person or via the Court's Virtual Hearing Room. Except as explained in the hearing procedures on Judge Sacca's Chambers webpage, any matter held ready at the calendar call for the Court to hear shall be heard later that day in person at either 11 a.m. or 1 p.m. as mutually requested by the parties in the Courtroom listed above. Please check the "Bankruptcy Hearing Information" link at the top of the homepage of the Court's website, www.ganb.uscourts.gov, which includes a link to Judge Sacca's Chambers webpage, for more information and instructions on how to participate in Court hearings. You may also review the "Hearing Information" tab on Judge Sacca's Chambers' webpage for further

information about the procedures for the hearing. If the parties do not mutually agree to have the matter heard in person at 11 a.m. (or such other time agreed to by the parties and approved by the Court, such as 11:30 a.m. that day), the matter will be heard in person at 1 p.m. that day.

Your rights may be affected by the Court's ruling on these pleadings. You should read these pleadings carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the relief sought in these pleadings or if you want the Court to consider your views, then you and/or your attorney must attend the hearing. You may also file a written response to the pleading with the Clerk at the address stated below, but you are not required to do so. If you file a written response, you must attach a certificate stating when, how and on whom (including addresses) you served the response. Mail or deliver your response so that it is received by the Clerk before the hearing. The address of the Clerk's Office is Clerk, U. S. Bankruptcy Court, 121 Spring Street, SE, Gainesville, Georgia 30501. You must also mail a copy of your response to the undersigned at the address stated below.

2. Counsel for Debtors is directed to serve, within one (1) day of entry, this Order and Notice, along with a copy of the Exclusivity Motion, on all creditors, all parties who filed notices of appearance in the cases, and the United States Trustee via electronic transmission, facsimile transmission, or United States Mail, and file a certificate of service evidencing the same before the hearing date.

**### END OF DOCUMENT ###**

**Prepared and presented by:**

**ROUNTREE LEITMAN KLEIN & GEER, LLC**

*/s/ Ceci Christy*
Ceci Christy
Georgia Bar No. 370092
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
cchristy@rlkglaw.com
*Attorneys for Debtors*