**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**GAINESVILLE DIVISION**

| | |
|---|---|
| **IN RE:**<br><br>**WAIKOLOA VILLAGE LOFTS WEST, LLC., ET AL.,**<br><br>**DEBTORS.**[1] | **CASE NO. 26-20761-JRS**<br><br>**CHAPTER 11**<br><br>**WAIPAHU PROPERTIES, LLC**<br>**WAIPAHU, LLC**<br>**WILLOW PLAZA, LLC**<br><br>**JOINTLY ADMINISTERED**<br><br>**RE: DOC 182** |

**OBJECTION OF CB OPERATIONS GROUP, LLC AND BAZ PROPERTIES, LLC TO DEBTORS' MOTION FOR ORDER (A) APPROVING THE SALE UNITS 513, 532, 712, AND 833 FREE AND CLEAR OF LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS, INCLUDING ANY INTERESTS ASSERTED BY CB OPERATIONS GROUP LLC AND BAZ PROPERTIES LLC, PURSUANT TO 11 U.S.C. §§ 105(a) AND 363; (B) APPROVING THE FORM OF PURCHASE AGREEMENTS FOR THE SUBJECT UNITS; (C) APPROVING PAYMENTS FROM CLOSING PROCEEDS; (D) BARRING AND PERMANENTLY ENJOIN ASSERTION OF THE ASSERTED INTERESTS; AND (E) GRANTING RELATED RELIEF**

CB Operations Group, LLC ("CB Operations") and BAZ Properties, LLC ("BAZ Properties" and collectively with CB Operations, the "CB / BAZ Lenders") by and through their undersigned counsel, hereby files this objection to the *Debtors' Motion for Order (A) Approving the Sale of Liens, Claims, Encumbrances and Interests, Including Any Interests Asserted by CB Operations Group LLC and BAZ Properties LLC, Pursuant to 11 U.S.C. §§ 105(a) and 363; (B)*

[1] The non-operating Debtors are **5425 PAU A LAKA, LLC, FLETCHER K, LLC, GARY L. PINKSTON, HAWAII REAL ESTATE DEVELOPMENT, LLC, KUKUIULA VISTAS, LLC, MP ELK GROVE, LLC, MP ELKO II, LLC, MP KAUAI HH DEVELOPMENT FUND, LLC, MP KAUAI QOZ FUND, LLC, MP MODESTO, LLC, TC CLOVIS, LLC, THE GARY & JANICE PINKSTON FAMILY TRUST, WAIKOLOA VILLAGE HOTEL CWS, LLC, WAIKOLOA VILLAGE HOTEL HIE, LLC, and WAIKOLOA VILLAGE LOFTS SOUTH, LLC**.

*Approving the Form of Purchase Agreements for the Subject Units; (C) Approving Payments from Closing Proceeds; (D) Barring and Enjoining Assertion of the Asserted Interests; and (E) Granting Related Relief* [Doc. 182] (the "Sale Motion").

**Relevant Background**

1. On July 24, 2026, certain of the above captioned debtors filed *Debtors' Motion for Order (A) Approving the Sale of the DIP Units Free and Clear of Liens, Claims, Encumbrances and Interests Pursuant to 11 U.S.C. § 363; (B) Approving the Form of Purchase Agreements for the DIP Units; (C) Approving Payments from Closing Proceeds and (D) Granting Related Relief* [Doc. 125] (the "First Sale Motion").

2. The CB / BAZ Lenders filed an objection to the First Sale Motion [Doc. 134] (the "Sale Objection") on August 14, 2026, a copy of which is attached hereto as **Exhibit A**. The sale Objection was resolved by inclusion of language in the order approving the First Sale Motion that prohibited the Debtors from marketing and selling the CB / BAZ Lenders' units (the "Order") [Doc. 146].

3. On August 17, 2026, the CB / BAZ Lenders filed a complaint (the "Complaint") [Doc. 137; Adv. No. 26-02040] against Gary L. Pinkston, Kauai Hale Inc., 5425 Pau A Laka LLC, and MP Elko II, LLC, which assert claims and causes of action based on Pinkston's conduct before and after executing loan agreements with the CB / BAZ Lenders including, inter alia, determination of the dischargeability of Pinkston's obligations to the CB / BAZ Lenders and a declaration of their rights with respect to and specific performance with respect to the CB / BAZ Units (the "Adversary Proceeding").

**Objections**

4. The CB / BAZ Lenders hereby incorporate by reference the procedural and

substantive objections raised in the Sale Objection and the arguments set forth in the Compliant regarding the CB / BAZ Lenders' interests in the CB / BAZ Units the Debtors are seeking court approval to sell by the Sale Motion.

5. The CB / BAZ Lenders submit that the Sale Motion is premature in that no actual buyers or sale terms are identified.

6. The proposed order would permanently enjoin the CB / BAZ Lenders from asserting the Asserted Interests (as defined in Sale Motion) "against . . . Kauai Hale." Kauai Hale is a non-debtor. Such nonconsensual release of claims against non-debtors is not authorized through a Chapter 11 plan let alone a sale motion.

7. The CB / BAZ Lenders further submit, on information and belief, that Debtors will be filing a chapter 11 plan in the very near future which the CB / BAZ Lenders assume will deal with Debtors' property in a comprehensive manner including the CB / BAZ Units not subject to the Sale Motion. Resolution of all issues with respect to the CB / BAZ Units should be dealt with in the Adversary Proceeding and/or in a plan, and not by the premature Sale Motion.

WHEREFORE, the CB / BAZ Lenders respectfully object to the Sale Motion, request denial of the Sale Motion to the extent that it impacts the CB / BAZ Units, and further requests such other and further relief as the Court deems just and proper under the circumstances.

/s/ Graham H. Stieglitz
Graham H. Stieglitz, Esq.
Georgia Bar No. 682047
BURR & FORMAN LLP
1075 Peachtree Street, NE
Suite 3000
Atlanta, GA 30309
Telephone: (404) 815-3000
Email: gstieglitz@burr.com

John D. Demmy (admitted Pro Hac Vice)
Nicholas Smargiassi (admitted Pro Hac Vice)

SAUL EWING LLP
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
Email: john.demmy@saul.com
Email: nicholas.smargiassi@saul.com

*Attorneys for CB Operations Group, LLC and BAZ Properties, LLC*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 9, 2026, I electronically filed the foregoing with the Clerk of the Court, which caused a copy to be served on those registered for CM/ECF service.

*/s/ Graham H. Stieglitz*
Graham H. Stieglitz, Esq.
Georgia Bar No. 682047

**BURR & FORMAN LLP**
1075 Peachtree Street, NE
Suite 3000
Atlanta, GA 30309
Telephone: (404) 815-3000
Email: gstieglitz@burr.com